ERR:km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6152-CR-DIMITROULEAS

8 USC §1326(a),(b)(2)
18 USC §1001
18 USC §1543

MAGISTRATE JUDGE

UNITED STATES OF AMERICA,

vs.

DEITRICH P. HAMMOND
a/k/a "Joseph Tomlinson"
a/k/a "Christopher Brown"
　　　　　　　　Defendant.



FILED by _____ D.C.
JUN - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about April 13, 2000, at Broward County, in the Southern District of Florida, the defendant,

DEITRICH P. HAMMOND,
a/k/a "Joseph Tomlinson",
a/k/a "Christopher Brown",

an alien, having been previously deported to Jamaica on or about March 13, 1998, knowingly attempted to enter the United States, without the Attorney General having expressly consented to such alien reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

COUNT II

On or about April 13, 2000, at Broward County, in the Southern District of Florida, the defendant,

DEITRICH P. HAMMOND,
a/k/a "Joseph Tomlinson",
a/k/a "Christopher Brown",

in a matter within the jurisdiction of the United States Immigration and Naturalization Service, an agency of the United States, did knowingly and willfully make a false, fraudulent and fictitious statement and representation as to a material fact, in that the defendant stated to an Immigration and Naturalization Service Inspector that his name was Christopher Brown, when in truth and in fact, and as the defendant then and there well knew, his name was not Christopher Brown, in violation of Title 18, United States Code, Section 1001.

COUNT III

On or about April 13, 2000, at Broward County, in the Southern District of Florida, the defendant,

DEITRICH P. HAMMOND,
a/k/a "Joseph Tomlinson",
a/k/a "Christopher Brown",

did knowingly and willfully use and attempt to use an altered passport, that is, the defendant DEITRICH P. HAMMOND presented a Jamaican passport under the name Joseph Tomlinson that contained a photograph of the defendant DEITRICH P. HAMMOND, to an inspector of the United States Immigration and Naturalization

Service at Fort Lauderdale International Airport, to gain entry into the United States; in violation of Title 18, United States Code, Section 1543.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**         CASE NO. _____

v.                                              **CERTIFICATE OF TRIAL ATTORNEY*** 

**DEITRICH P. HAMMOND**
**a/k/a "Joseph Tomlinson"**
**a/k/a "Christopher Brown"** _____/    **Superseding Case Information**:
**Court Division:** (Select One)            New Defendant(s)       Yes ____   No ____
                                            Number of New Defendants  _____
___ Miami  ___ Key West                     Total number of counts    _____
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) ____ NO _____
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I    0 to 5 days      __X__         Petty        _____
   II   6 to 10 days     _____        Minor        _____
   III  11 to 20 days    _____        Misdem.      _____
   IV   21 to 60 days    _____        Felony       __X__
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __4/13/2000; INS Custody__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____
   Is this a potential death penalty case? (Yes or No) ____ NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                          EDWARD . RYAN
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Florida Bar No. A500053

*Penalty Sheet(s) attached                                                REV.4/7/99

AO 190 (9.91)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __DEITRICH P. HAMMOND__　　　No.:_____

Count #I:
Illegal Re–entry into United States; in violation of Title 8, U.S.C. Sections 1326(a)(b)(2).

*Max Penalty: 20 years' imprisonment; $250,000 fine.

Count #: II
False, fraudulent and fictitious statements; in violation of Title 18 U.S.C. Section 1001.

*Max Penalty: 5 years' imprisonment; $250,000 fine.

Count #:III
Attempt to use false an altered passport; in violation of 18:1543.

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:_____

*Max Penalty:_____

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV: 12/12/96