AO 442 (Rev. 12/85) Warrant for Arrest    AUSA   EDWARD R. RYAN

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DEITRICH P. HAMMOND
a/k/a "Joseph Tomlinson"
a/k/a "Christopher Brown"

**TO:** The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**00-6152**
**CASE NUMBER:**
CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest  DEITRICH P. HAMMOND, a/k/a/ "Joseph Tomlinson", a/k/a "Christopher Brown"

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Illegal alien; false, fraudulent and fictitious statement

in violation of Title 8;18  United States Code, Section  1326(a)(b)(2) and 1001; 1543

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at  Pretrial Detention  BSS

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

June 6, 2000
2000, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest



THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: DEITRICH P. HAMMMOND

ALIAS: "Joseph Tomlinson"; "Christopher Brown"

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: 12 Sept 1965

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____