| | | | |
|---|---|---|---|
| DEFT: | Deitrich Hammond (J)# | CASE NO: | 00-6152-CR-Dimitrouleas |
| AUSA: | Edward Ryan /Brace | ATTNY: | |
| AGENT: | Brown | VIOL: | 8:1326,1001; 18:1543 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by _____ D.C.
JUN 14 2000
CLARENCE MADDOX
S.D. OF FLA. FT.LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
     ___ Electronic Monitoring

Advised of charges
Will try to hire
on atty.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 6-19-00 | 11:00am | SNOW |
| PTD/BOND HEARING: | 6-21-00 | 10:30 | SNOW |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-21-00 | 10:30 | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 6-14-00    TIME: 11:00am    TAPE # 00-049  PG # 2
1621--1819