UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 00-6152-CR-Dimitrouleas

UNITED STATES OF AMERICA
Plaintiff,

v.

Deitrich Hammond
Defendant

ORDER ON INITIAL APPEARANCE

Language ___English___
Tape No ___00-___
AUSA ___ed Ryan  Bruce Brown___
Agent ___

The above-named defendant having been arrested on 6-14-00 _____, having appeared before the court for initial appearance on 6-14-00 _____
and proceedings having been held in accordance _____
ORDERED as follows

1. _will try to hire an atty_ _____
   Address: _____
   Zip Code: _____ Telephone _____

2. _____
   Address: _____
   Zip Code: _____

3. The defendant _____

4. Arraignment XXXXXXXXXXXXXXXXX/preliminary hearing is set for _PTD 6-19-00 at 11:00am_

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f)(1). A detention hearing pursuant to 18 U.S.C. 3142 (f)(1) is set for _6-21-00 10:30_

6. The defendant shall be released from custody upon posting of the following type of appearance bond _before Judge Snow_ pursuant to 18 U.S.C. 3142:
   _PTD Requested_

This bond shall contain the standard conditions of bond printed on the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court
___ b. Report to Pretrial Services as follows _____ times a week by phone _____ times a week in person, other _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law
___ d. Maintain or actively seek full-time gainful employment
___ e. Maintain or begin an educational program
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew _____

- 1 -

_____ i. Comply with the following additional special conditions of this bond: _____

_____

This bond was set    At Arrest    _____

On Warrant   _____

After Hearing   _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 14 day of June, 2000

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD F M-1
Rev 01 06