AO 442 (Rev. 12/85) Warrant for Arrest      AUSA EDWARD R. RYAN

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**  481483

UNITED STATES OF AMERICA

V.

DEITRICH P. HAMMOND
a/k/a "Joseph Tomlinson"
a/k/a "Christopher Brown"

**WARRANT FOR ARREST**

**CASE NUMBER: 00-6152**

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  DEITRICH P. HAMMOND, a/k/a/ "Joseph Tomlinson", a/k/a "Christopher Brown"

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Illegal alien; false, fraudulent and fictitious statement

in violation of Title  8;18  United States Code, Section  1326(a)(b)(2) and 1001; 1543

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

BS
Bail fixed at  Pretrial Detention

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

June 6, 2000
2000, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED  6/6/2000 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  6/14/2000 | FOR:  INS | Fred Depompa, SDUSM |

AO 442 (Rev 12/85) Warrant for Arrest



THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: DEITRICH P. HAMMMOND

ALIAS: "Joseph Tomlinson"; "Christopher Brown"

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: 12 Sept 1965

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____