```
                           COURT MINUTES
         U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA
```

DEFT: DEITRICH HAMMOND (J)          CASE NO: 00-6152-CR-DIMITROULEAS
AUSA: EDWARD RYAN / Deb Stuart   ATTY: Bernardo Lopez
AGENT:                              VIOL:
PROCEEDING INQUIRY RE COUNSEL       RECOMMENDED BOND
BOND HEARING HELD - yes/no          COUNSEL APPOINTED
        BOND SET @
        SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person
3) Travel extended to:

_Sworn to apptmt of counsel_

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:    6-21    10:30    LSS
                        PRELIM/ARRAIGN:  6-21    10:30    LSS
                        REMOVAL HRG:
                        STATUS CONF:
                              FTL/LSS
Date: 6-19-00  Time 11:00  TAPE #00- 028  Begin: 2452  End: 2724

FILED JUN 19 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

