UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6152-CR-DIMITROULEAS

UNITED STATES OF AMERICA

                              O R D E R

        vs               _X_/   Appointing Counsel
                            ____/   Ratifying Prior Service
                            ____/   Extending Appointment
DEITRICH HAMMOND                      for Appeal
                            ____/   Substituting Counsel

                            (prior counsel)

CHARGE: __8:1326; 1001; 18:1543__
  _X_/Felony          ____/Misdemeanor

    Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

                Federal Public Defender
                101 N. E. 3rd Avenue, Suite 202
                Ft. Lauderdale, FL  33301
                Phone:  954/356-7436

    DONE AND ORDERED at Fort Lauderdale, Florida, this __19th__ day of __JUNE__, 2000.

                                    *Lurana S. Snow*
                                LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services