## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DEITRICH HAMMOND (J)   CASE NO: 00-6152-CR-DIMITROULEAS
AUSA: EDWARD RYAN /Deb Stuart/ ATTY: FPD
AGENT: ___   VIOL: ___
PROCEEDING PTD / ARRAIGNMENT   RECOMMENDED BOND ___
BOND HEARING HELD - yes/(no)  Stip   COUNSEL APPOINTED ___
   BOND SET @ 250,000 CSB w/ Nebbia
   SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

Parties reserve the right to request
PTD should deft seek to post
or reduce the bond.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:  7-6   /1   B55

Date: 6-21-00   Time 10:30   FTL/LSS TAPE #00- 030   Begin: 811   End: 930

FILED by ___ D.C.
JUN 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.