UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6152-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

DEITRICH HAMMOND

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 21, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY__

                     Telephone:_____

DEFENSE COUNSEL:     Name:____FEDERAL PUBLIC DEFENDER____
                     Address:_____

                     Telephone:_____

BOND (SET) CONTINUED: $ 250,000 CSB w/Nebbia

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __21__ day of __JUNE__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
    Deputy Clerk

Tape No. ___00-030___

cc: Copy for Judge
    U. S. Attorney