DEFT: Deitrich Hammond (no deft needed)   CASE NO: 00-6152-CR-Dimitrouleas
AUSA: Ed Ryan / Jeff Kay                  ATTNY: FPD Farnsworth for Day
AGENT: _____                    VIOL: _____
PROCEEDING: Status Conference             BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 6 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
No motions
Gov't ready
2 days to try

NEXT COURT APPEARANCE:      DATE:        TIME:        JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 7-6-00    TIME: 11:00am    TAPE # 00-053  PG # 5
                                 2991—2991