UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6152-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

DEITRICH HAMMOND,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on July 6, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two days to try. A plea disposition, however, remains possible.

2. Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this 6th day of July 2000.

BARRY S. SELTZER
United States Magistrate Judge

1



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Ed Ryan, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant