**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: ００-6152-CR-WPD    DATE: 7/21/00

COURTROOM CLERK: ~~Karen A. Carlton~~ D. McIntosh    COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____ INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Deitrich Hammond (J)

U.S. ATTORNEY: Edward Ryan   DEFT. COUNSEL: Timothy Day

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: M/Continue granted

JUDGMENT: _____

CASE CONTINUED TO: 8/25/00   TIME: 9:００   FOR: Calendar Call
MISC: 8/28/00 - trial

