UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6152-CR-DIMITROULEAS

UNITED STATES OF AMERICA, )
)
vs. )
)
DIETRICH HAMMOND, )
Defendant. )
_____ )

## GOVERNMENT'S MOTION FOR 2- DAY CONTINUANCE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to continue the above-captioned case for a period of two days from its current scheduled trial date of August 28, 2000. In support, the undersigned would state as follows:

1. The trial of the above-captioned case was recently continued pursuant to a request by the defendant to the date of August 28, 2000.

2. The undersigned will be on vacation from August 7th through August 28, 2000. The undersigned informed the Court of this fact at calender call but neglected to state that such vacation would include Monday, the 28th. On that day, the undersigned will be the sole care provider for the undersigned's two young children who will be attending their first day of the new school year.

3. On August 29, the undersigned is scheduled to appear before Judge James L. King for a re-sentencing following a 2255 appeal. That re-sentencing has been rescheduled once already. Also, on that day, the undersigned is scheduled to appear before Magistrate Judge William C. Turnoff for a hearing in a complex 2255 matter. That hearing also has been rescheduled once.



4. The undersigned contacted counsel for the defendant who stated that he has no objection to continuing the case for two days or until the next calender week if the Court is so disposed.

For these reasons, the undersigned respectfully requests that the Court continue the trial of the above-captioned case for a period of two days until August 30, 2000.

Respectfully submitted,

GUY A. LEWIS<br>
UNITED STATES ATTORNEY

By: _____

EDWARD R. RYAN<br>
ASSISTANT UNITED STATES ATTORNEY<br>
Florida Bar No A500053<br>
500 E. Broward Blvd., Suite 700<br>
Ft. Lauderdale, FL 33394<br>
Telephone: (954) 356-7255<br>
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this __1__ day of August, 2000 to: Kathleen M. Williams, Assistant Federal Public Defender, 150 W. Flagler St., Suite 1700, Miami, Florida 33130-1555.

_____<br>
EDWARD R. RYAN<br>
ASSISTANT UNITED STATES ATTORNEY