UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6152-CR-DIMITROULEAS

    Plaintiff,

vs.

DIETRICH HAMMOND,

    Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon Government's August 1, 2000 Motion For 2-Day Continuance [DE-20], said motion is GRANTED. The Calendar Call remains on August 25, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Edward Ryan, AUSA

Tim Day, AFPD

