UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6152-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

     Plaintiff,  :

vs.  :

DIETRICH HAMMOND,  :

     Defendant.  :
_____/



## MOTION TO DISMISS INDICTMENT WITH PREJUDICE
## BASED ON VIOLATION OF SPEEDY TRIAL ACT

The defendant, through counsel, files this Motion to Dismiss the Indictment with Prejudice based on a violation of the Speedy Trial Act and as grounds in support thereof states as follows:

1.     On April 13, 2000, the defendant attempted to enter the United States at the Fort Lauderdale Airport using the name Joseph Tomlinson and then Christopher Brown. INS inspectors determined that the defendant was attempting to enter using a false and fictitious passport and visa.

2.     The defendant was arrested on April 13, 2000 and transported to the Krome Detention Center. The defendant's fingerprints were then faxed by INS to the FBI lab in Washington who determined the following day that the defendant's correct name was Dietrich Paul Hammond. (See copy of INS fax dated April 13 and FBI report dated April 14. These reports are attached hereto and listed as Defense Exhibits A and B, respectively.)

3.     An NCIC record check was run on Mr. Hammond on April 14, 2000, which revealed prior convictions including convictions for aggravated battery in Dade County, Florida. (A copy of



the NCIC run on April 14 is attached hereto and listed as Defense Exhibit C.)

4.       Thereafter, on April 14, 2000 the INS served Mr. Hammond with a Notice to Appear alleging that, (1) he was not a citizen of the United States and that by fraud he sought to procure a visa for admission into the United States by presenting a counterfeit visa bearing the name of Joseph Tomlinson; (2) that he had been convicted of Aggravated Battery in the Miami Circuit Court in 1992 and 1995 and was convicted in 1996 in Miami for possession of cocaine and marijuana, and; (3) that he had previously been ordered removed from the United States and possessed the aforementioned convictions. (A copy of the Notice to Appear is attached hereto as Defense Exhibit D.)

5.       The allegations in the instant indictment mirror those contained in the Notice to Appear. In Count I the indictment alleges that Dietrich Hammond, an alien having been previously deported on March 13, 1998, attempted to illegally reenter the United States in violation of 8 U.S.C. § 1326(a) and (b)(2) (i.e., aggravated felon). Further, the indictment alleges in Count II that on April 13, 2000, Mr. Hammond made a false statement to INS Inspectors in that he stated his name was Christopher Brown. Finally, the indictment alleges in Count III that the defendant attempted to enter the United States on April 13, 2000 using an altered passport under the name of Joseph Tomlinson.

6.       The allegations in the indictment are identical to the allegations listed in the Notice to Appear served on Mr. Hammond on April 14, 2000. Thereafter, on June 6, 2000, the present indictment was returned by the grand jury. Mr. Hammond made his initial appearance before the Magistrate Judge on June 19, 2000. The indictment was filed 54 days after Mr. Hammond's arrest on April 13, 2000. Hammond's initial appearance occurred 67 days after his arrest. There was no intervening INS administrative hearing. The indictment in the instant case was returned more than 30 days after Mr. Hammond's arrest and is therefore in violation of the Speedy Trial Act.

2

### MEMORANDUM OF LAW

#### A.    Speedy Trial Act Violation.

The Speedy Trial Act requires federal authorities to indict and bring to trial incarcerated

persons within rigidly specified time periods.  Section 3161(b) of the Speedy Trial Act provides in

pertinent part:

> Any information or indictment charging an individual with the
> commission of an offense shall be filed within thirty days from the
> date on which such individual was arrested or served with a summons
> in connection with such charges.

18 U.S.C. § 3161(b).

If a violation occurs, the Speedy Trial Act mandates dismissal:

> If, in the case of any individual against whom a complaint is filed
> charging such individual with an offense, no indictment or
> information is filed within the time limit required by section 3161(b)
> as extended by section 3161(h) of this chapter, such charge against
> that individual contained in such complaint shall be dismissed or
> otherwise dropped.

18 U.S.C. § 3162(a)(1).

The dismissal of an indictment for a violation of 18 U.S.C. § 3161(b) may be with or without

prejudice.  In deciding whether to dismiss an indictment with or without prejudice, a court shall

consider the following factors:  (1) the seriousness of the offense; (2) the facts and circumstances

of the case which led to the dismissal; and (3) the impact of a reprosecution on the administration

of the Speedy Trial Act and on the administration of justice.  18 U.S.C. § 3162(a)(1).

The INS arrested the defendant on April 13, 2000.  The government failed to indict the

defendant within thirty days of his arrest.  Accordingly, the court is required to dismiss the

indictment.  Applying the factors of § 3162(a)(1), the dismissal of the indictment should be with

3

prejudice. First, Hammond is charged with a violation of the United States Code that does not involve physical violence, monetary loss, or narcotics. See United States v. Osunde, 638 F.Supp. 171 (N.D. Cal. 1986). Second, the delay between arrest, indictment, and initial appearance was solely the fault of the government. The defendant was in federal custody for the entire period. There was no intervening administrative or judicial proceeding. Further, the delay was not minor but excessive. It took the government 54 days to indict the defendant after arrest. See, United States v. Restrepo, 59 F.Supp.2d 133, 138 (Dist. Ct. Mass. 1999) (government stipulated that indictment should be dismissed with prejudice in case where 65 day time period between INS arrest and indictment). See also, United States v. Pena, 73 F.Supp.2d 56, 58 (Dist. Ct. Mass. 1999) (indictment dismissed with prejudice after 50 day delay between INS arrest and indictment). Third, a dismissal with prejudice is necessary to send a message to the Immigration & Naturalization Service that such flagrant violations of the criminal rules, the Speedy Trial Act, and the United States Constitution will not be tolerated. To allow the government to reprosecute the defendant would have a significant impact on the administration of the Speedy Trial Act and the administration of justice as the requirements of the Act, and the requirements of due process, would become meaningless. Allowing reprosecution would provide no incentive for the INS to adhere to the requirements of the Speedy Trial Act or Due Process. As aptly stated in United States v. Jervey, 630 F.Supp. 695, 698 (Dist. Ct. N.Y. 1986),

> When, as often occurs, trial courts simply dismiss counts without prejudice for violation of the Speedy Trial Act, so as to permit the Government to reprosecute the claim simply by obtaining a new indictment, we participate in a charade. In so doing, we allow the Speedy Trial Act to operate in much the same fashion as did the Volstead Act. During National Prohibition, as is well remembered, the Wets had all the liquor they wanted and the Drys had that law they

4

> loved so well. Unless we are willing to accept and enforce Congressional policy as expressed in the Speedy Trial Act, by the application of its most meaningful sanction, dismissal with prejudice, the Act will become as meaningless as National Prohibition.

Importantly, the defendant no doubt will be deported again. As a result, no matter what happens in this case, the government will be permitted to keep the defendant out of the country. See, United States v. Pena, 73 F.Supp.2d at 61 (factor that defendant to be deported and therefore no threat to commit future crimes in United States supported dismissal with prejudice). Accord, United States v. Vasquez-Escobar, 30 F.Supp.2d 1364, 1368 (M.D. Fla. 1998) (defendant will be deported regardless of indictment so justice will be served to extent that defendant won't enjoy continued benefits of residence in the United States and dismissal without prejudice can be viewed as frustrating the Act's mandate of swift prosecution). Furthermore, some affirmative justification must be demonstrated to warrant dismissal without prejudice. United States v. Russo, 741 F.2d 1264, 1267 (11th Cir. 1984). There is no justification for the violation. In sum, a consideration of all the factors set out in § 3162(a)(1) warrants a dismissal with prejudice.

## B.   Due Process Violation.

The 67 day detention without an appearance before a judge or magistrate constituted a violation of the Due Process clause of the Fifth Amendment. Cf. Coleman v. Frantz, 754 F.2d 719 (7th Cir. 1985) (18 day detention after arrest without appearance before a judge or magistrate constituted a Due Process violation because it was wholly inconsistent with notions of fundamental fairness required in criminal prosecutions). What happened here is that the INS arrested the defendant, took him into custody, and left him there for 67 days without seeing a judge. There is no way around that. They did not present him to an immigration judge, nor did they bring him before

5

a criminal court judge, even though they fully intended to prosecute him. Under certain circumstances dismissal of an indictment may be warranted for egregious government conduct, conduct which violates fundamental fairness and is shocking to the universal sense of justice. United States v. Russell, 411 U.S. 423, 432 (1973). The Seventh Circuit in Coleman found that leaving someone in jail for 18 days without seeing a judge was wholly inconsistent with notions of fundamental fairness required by Due Process. The defendant in this case was left in jail more than three times as long without an appearance before a judge. A detention of that length without seeing a judge, for any reason, is completely inconsistent with the notions of fundamental fairness implicit in the Due Process clause of the Fifth Amendment. The court has the power to dismiss the indictment on this ground and the defendant respectfully requests that the court do so.

## C.   Violation of Rule 5.

Additionally, the delay constituted a violation of Fed. R. Crim. P. 5(a). Rule 5 requires agents arresting a person without a warrant to promptly bring the arrested person before a magistrate judge for an initial appearance. Dismissal is an appropriate remedy for a flagrant violation of Rule 5. United States v. Osunde, supra. Cf. United States v. Jernigan, 582 F.2d 1211 (9th Cir.), cert. denied, 439 U.S. 991 (1978). The court in Osunde recognized that a specific substantive right exists within the dictates of Rule 5. That substantive right was violated here as the defendant should have been brought before a magistrate immediately on April 13, 2000. He was not. Accordingly, the court should dismiss the indictment.

6

WHEREFORE, the defendant requests that the court grant the motion and dismiss the case with prejudice.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 108
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this _____ day of August, 2000 to Ed Ryan, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY:Hammond:Dismiss.01.wpd

7

U.S. Department of Justice
Immigration and Naturalization Service
Port Everglades & Ft. Lauderdale Int'l Airport
1800 Eller Drive, Suite 402 – P.O. Box 13054
Ft. Lauderdale, FL 33316

Facsimile Transmittal Cover Sheet          Date: 13 April 2000

Transmitted To:

FEDERAL BUREAU of INVESTIGATIONS
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
1000 CUSTER HOLLOW ROAD
CLARKSBURG, WEST VIRGINIA  _  26306
PHONE: (304) 625-5584
FAX:    (304) 625-5587

From:

U.S. IMMIGRATION INSPECTIONS SECTION
PORT EVERGLADES & FT. LAUDERDALE INT'L AIRPORT
C/O Simon A. Nader, Area Port Director   _fui ali: pads P.D.

PHONE: (954) 356-7854-AIRPORT          (954) 356-7947-SEAPORT
FAX:.   (954) 356-7855-AIRPORT          (954) 356-7948-SEAPORT

Number of pages Transmitted:    COVER SHEET + ___2___

REMARKS: URGENT! Please classify and check the following fingerprints against the
FBI database for any prior criminal records and/or arrests. Please notify this office via fax
with any results as soon as possible.

SUBJECT IS IN CUSTODY AS: ___BROWN___ ___CHRISTOPHER___

ALLEGED DATE OF BIRTH: ___12 Sept 1863 1965___

CHARGE (S): ___8 USC 1182 (6)(c)(i)___

ATTENTION: INSPECTOR  _E. CARBONEAU_

REFERENCE TO CASE:  A  _77 013 932_

<table>
<tr><td>DEFENDANT'S<br>EXHIBIT</td></tr>
<tr><td>CASE<br>NO.  00-6152-<br>Cr-WPD</td></tr>
<tr><td>EXHIBIT<br>NO.    A</td></tr>
</table>

FAX:    (954) 356-7855-AIRPORT ☐          (954) 356-7948-SEAPORT ☐

FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
CLARKSBURG,WV

DATE:  April 13, 2000



TO:  USINS
     FT LAUDERDALE, FL

ATTN:  SIMON NADER

FROM:      DCFBIWAD2
           FBI
           SPECIAL PROCESSING CENTER - MODULE C-2
           1000 CUSTER HOLLOW ROAD
           CLARKSBURG,WV 26306

PHONE:     304-625-5584 (24 HOUR ´ - VOICE)
           304-625-5587 (24 HOUR  - AUTO FAX)

SUBJECT:  BROWN, CHRISTOPHER

YOUR CASE #:

DATE PRINTS SUBMITTED:  04/13/2000

     The fingerprints you submitted on the above subject are
identical with:   HAMMOND, DIETRICH
                  FBI#334 552 AA6

     This subject's criminal history is available in and must be
obtained through the NCIC Interstate Identification Index (III).

                                   AUTHORIZATION:   DRL/AAF

CONFIDENTIALITY NOTICE

This facsimile transmission may contain confidential information belonging to the sender which is protected by
law. The information is intended only for the use of the recipient named above. if you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution or taking of any actions in reliance
on the contents of this transmission is strictly prohibited.

| DEFENDANT'S EXHIBIT | |
|---|---|
| CASE NO. | 00–6152–Cr–WPD |
| EXHIBIT NO. | B |

r-06152-WPD   Document 22   Entered on FLSD Docket 08/17/2000   Pa

******************** TEXT OF MESSAGE *************** PAGE 01 ***************
FROM NCIC   ON 04/14/00 AT 09:54:06
7L01CQUQKLE82100821
FLUSC2201
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/HAMMOND,DIETRICH SEX/M RAC/B DOB/19650912 PUR/C

NAME                          FBI NO.        INQUIRY DATE
HAMMOND,DIETRICH              334552AA6      2000/04/14

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR  BIRTH PLACE         PHOTO
M   B    1965/09/12  508    125    HAZ  BRO   JAMAICA             N

FINGERPRINT CLASS        PATTERN CLASS
16 04 10 14 08           RS RS RS RS RS LS RS LS LS LS
15 54 11 12 10           WU AU            LS   WU
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

┌─────────────────────┐
│   DEFENDANT'S        │
│    EXHIBIT           │
│                     │
│ CASE  00-6152-       │
│ NO.   Cr-WPD         │
│                     │
│ EXHIBIT   C          │
│ NO.                  │
└─────────────────────┘

r-06152-WPD    Document 22    Entered on FLSD Docket 08/11/2000    Pa

```
     QUEUE TYPE:  PERSONAL          QUEUE NAME:  QKLE
                                    MSG STATUS:  NACK
     ******************** TEXT OF MESSAGE **************** PAGE 02 ***************
                              AU
```

ALIAS NAMES

| | |
|---|---|
| ANDERSON,KEIR DWAN | BROWN,CHRISTOPHER |
| DIETRICH,HAMMOND | GREEN,DELROY |
| GREENE,ROBERT CALDER | HAMLIN,PAUL DIETRICH |
| HAMMOND,DIERICH PAUL | HAMMOND,DIETRICH PAUL |
| HAMMOND,PAUL | HAMMOND,PAUL DETRICH |
| HAMMOND,PAUL DIERICH | HAMMOND,PAUL DIETRICH |
| HAMMOND,PAUL DIETRICK | HAMMUND,DIETRICK |
| POWELL,ROBERT | POWELL,ROBERT A |
| POWELL,ROBERT ANTHONY | STEWART,DESMOMD |
| STRWARDS,DESMOND | |

```
OTHER       SCARS-MARKS-
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

***************** TEXT OF MESSAGE *************** PAGE 03 ***************
BIRTH DATES TATTOOS       SOCIAL SECURITY
1972/07/14  TAT CHEST     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
1964/08/12  TAT L ARM     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
1964/09/12  TAT L HND     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
1967/09/12  TAT LF ARM    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
1964/09/13  TAT R ARM     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
            TAT UR ARM    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
                          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
                          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

IDENTIFICATION DATA UPDATED 2000/04/13

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 FLORIDA        - STATE ID/FL03089476
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

```
MSG STATUS:    N
****************** TEXT OF MESSAGE ***************    PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:26:

FR.FL0370100
15:25 04/13/2000 37355
15:25 04/13/2000 14745 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                              SID NUMBER: 3089476   PURPOSE CODE:
C
       PAGE:   1

       BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
       A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE

                    -   FLORIDA   CRIMINAL   HISTORY   -
MESSAGE IS DISPLAYED. DEPRESS PF8(MSG INDEX) PF9 PREV SCRN) PF14(ACKD MSG)
                          PF15(NEXT MSG) PF17 MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

QUEUE TYPE:    PERSONAL    QUEUE NAME:
                                    USE STATUS:    N...
******************* TEXT OF MESSAGE ********** ***** PAGE 02 ***************

NAME                               STATE ID NO.    FBI NO.    DATE REQUESTED
GREEN, DELROY                      FL-03089476     334552AA6     04/13/2000

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
M    B     09/13/1964  6'00''  150     HAZ   BRO   FL                 183185

FINGERPRINT CLASS   SOCIAL SECURITY NO.    MISCELLANEOUS NO.       SCR/MRK/TAT
END OF PAGE   1 - PAGE   2 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS PF8(MSG INDEX) PF9 PREV SCRN) PF14(ACKD MSG)
                                    PF16(NEXT MSG). PF.. MSG LOG)    PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:  PERSONAL        QUEUE NAME:
                            MSG STATUS:  NEW

***************** TEXT OF MESSAGE ************** PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:26:28

FR.FL0370100
15:25 04/13/2000 37357
15:26 04/13/2000 14748 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                          SID NUMBER: 3089476   PURPOSE CODE:
C
        PAGE:  3  GREENE, ROBERT CALDER           09/12/1965   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

     TAT UP ARM
HAMLIN, PAUL DIETRICH          09/12/1967    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       SC L FGR
HAMMOND, PAUL                                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       TAT L ARM
STEWART, DESMOND                             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       TAT L HND
MESSAGE IS DISPLAYED. DEPRESS PF8(MSG INDEX) PF9 PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF17(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:   PERSONAL              QUEUE NAME:  PCLL
                                    MSG STATUS:  MAIN
****************** TEXT OF MESSAGE **************** PAGE 02 **************
HAMMOND, DIETRICH                        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        TAT R ARM
POWELL, ROBERT ANTHONY                   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
DIETRICH, HAMMOND                        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
POWELL, ROBERT
POWELL, ROBERT A
HAMMOND, DIETRICH PAUL
HAMMUND, DIETRICK
STRWARDS, DESMOND
END OF PAGE   3 - PAGE   4 TO FOLLOW
   .

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9 PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF..(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

****************** TEXT OF MESSAGE ****************** PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:26:31

FR.FL0370100
15:25 04/13/2000 37356
15:26 04/13/2000 14749 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                              SID NUMBER: 1089476   PURPOSE CODE:
C
        PAGE:   4  ------------------------------------------------------
-
------------------------
ARREST-   1   09/13/1982   OBTS NO.-
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT              (FL0130000)
    AGENCY CASE-302234                      OFFENSE DATE-09/13/1982
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF17(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF9=NEXT PAGE)

QUEUE TYPE:  PERSONAL
                                  MCT STATUS:   NAME

****************** TEXT OF MESSAGE **************** PAGE 02 **************
    CHARGE 001-ROBBERY-
              ARMED
              002 CNTS,
              STATUTE/ORDINANCE                    LEVEL-FELONY
              DISP-TREATED AS ADULT
    CHARGE 002-KIDNAP-
              002 CNTS,
              STATUTE/ORDINANCE                    LEVEL-FELONY
END OF PAGE   4 - PAGE   5 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS PF8(MSG INDEX) PF9 PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF1? MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:   PERSONAL          QUEUE NAME:  POH
                            MSG STATUS:   NACK
   ****************** TEXT OF MESSAGE ***************   PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:26:32

FR.FL0370100
15:25 04/13/2000 3730
15:26 04/13/2000 14750 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                          SID NUMBER:  3089476   PURPOSE CODE:
C
        PAGE:   5              DISP-TREATED AS ADULT


    CHARGE 003-WEAPON OFFENSE-
            USE FIREARM IN COMM OF FEL
            002 CNTS,
MESSAGE IS DISPLAYED. DEPRESS PF6(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                        PF15(NEXT MSG). PF17(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:  PERSONAL          QUEUE NAME:  FUL
                               MSG STATUS:   NEW

***************** TEXT OF MESSAGE ************* ***** PAGE 02 ***************
              STATUTE/ORDINANCE              LEVEL-FELONY
              DISP-TREATED AS ADULT
    CHARGE 004-EXTORT ·
              002 CNTS,
              STATUTE/ORDINANCE              LEVEL-FELONY
              DISP-TREATED AS ADULT
  JUDICIAL-
    AGENCY-METRO-DADE POLICE DEPARTMENT                    (FL0130000)
END OF PAGE   5 - PAGE   6 TO FOLLOW
  ·


MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                     PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:    PERSONAL          QUEUE NAME:  PO??
                                 MSN STATUS:  NULL
***************** TEXT OF MESSAGE ************** PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 16:26:41

FR.FL0370100
15:26 04/13/2000 37361
15:26 04/13/2000 14755 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                              SID NUMBER:  0089476   PURPOSE CODE:
C
   .      PAGE:   6     CHARGE 001 -COURT SEQ               COURT NO.-82020
7
91CFB
        COURT DATA-ROBBERY-
                              BY FORCE FEAR
              STATUTE/ORDINANCE-FL812-130          LEVEL-FELONY
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:   PERSONAL              QUEUE NAME:  POPL
                                    MSG STATUS:  NAJN
****************** TEXT OF MESSAGE ************** PAGE 02 ***************
            DISP DATE-01 21/1983              DISP-DISMISSED
            CONFINEMENT-
        CRT PROVISIONS-NOLLE PROSSE
    CHARGE 002 -COURT SEQ                    COURT NO.-82120791CFB
            STATUTE/ORDINANCE- 2 INT          LEVEL-
      COURT DATA-KIDNAP-
                                2 INT
            STATUTE/ORDINANCE-FL787-01        LEVEL-FELONY
END OF PAGE   6 - PAGE   7 TO FOLLOW
.

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9 PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19 MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

18:30            TEXT II INTERNAL MESSAGE DISPLY           04132000  T2MD0611
QUEUE TYPE:    PERSONAL           QUEUE NAME:  POR1
                                  MSG STATUS:  NACK

***************** TEXT OF MESSAGE **************** PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:26:44

FR.FL0370100
15:26 04/13/2000 37369
15:26 04/13/2000 14756 FLUSC2201
*CQUPOH5784
TXT
ATN/ALVAREZ                        SID NUMBER:  3089476   PURPOSE CODE:
C
.       PAGE:   7              DISP DATE-01/21/1983             DISP-DISM
I
SSED
          CONFINEMENT-
       CRT PROVISIONS-NOLLE PROSSE
    CHARGE 003 -COURT SEQ              COURT NO.-82020791CFB
MESSAGE IS DISPLAYED. DEPRESS PF8(MSG INDEX) PF9 PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF19 MSG LOG.  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

****************** TEXT OF MESSAGE ***************** PAGE 02 ***************
        COURT DATA-POSSESS OF WEAPON-
                                 WEAPON COMMIT FELONY
                STATUTE/ORDINANCE-FL790-0702          LEVEL-FELONY
                DISP DATE-01/21/1993                  DISP-DISMISSED
                CONFINEMENT-
        CRT PROVISIONS-NOLLE PROSSE
    CHARGE 004 -COURT SEQ                    COURT NO.-82020791CFB
        COURT DATA-ATT SOLIC FST DEG FELONY
END OF PAGE   7 - PAGE   8 TO FOLLOW
    .              .


                   .                                        .


MESSAGE IS DISPLAYED. DEPRESS PF6(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                            PF16(NEXT MSG). PF13 MSG LOG)   PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

***************** TEXT OF MESSAGE **************** PAGE 01 **************

FROM NLETS  ON 04/13/00 AT 18:26:52

FR.FL0370100
15:26 04/13/2010 37303
15:26 04/13/2000 14760 FLUSC2201
*CQUPOH5784
TXT
ATN/ALVAREZ                              SID  NUMBER:  008476   PURPOSE CODE:
C
.        PAGE:   8              STATUTE/ORDINANCE-FL777-040          LEVEL-FEL
O
NY
            DISP DATE-01/21/1993              DISP-DISMISSED
            CONFINEMENT-
        CRT PROVISIONS-NOLLE PROSSE
MESSAGE IS DISPLAYED. DEPRESS PF3 MSG INDEX) FF9 PREV SCRN  FF14 ACKD MSG)
                        FF15(NEXT MSG). PF10 MSG LIST  PF8=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:  PERSON

U.SC STATUS:  NACH

```
****************** TEXT OF MESSAGE **************** PAGE 02 ***************
--------------------------------------------------------------------
ARREST-   2    11/15/1984   OBTS NO.-
   ARREST AGENCY-METRO-DADE POLICE DEPARTMENT              (FL0130000)
      AGENCY CASE-302234                     OFFENSE DATE-11/15/1984
   CHARGE 001-DISORD CONDUCT-
              STATUTE/ORDINANCE FL877-03        LEVEL-MISDEMEANOR
--------------------------------------------------------------------
ARREST-   3    07/10 1985   OBTS NO.-000030223!
END OF PAGE   8 - PAGE   9 TO FOLLOW
```

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                           PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

r-06152-WPD   Document 22   Entered on FLSD Docket 08/11/2000   Pa

QUEUE TYPE:  PERSONAL       QUEUE NAME:  POP5
                              MSG STATUS:    NACH

****************** TEXT OF MESSAGE **************  PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 16:27:01

FR.FL0370100
15:26 04/13/2000 37314
15:26 04/13/2000 14751 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                              SID NUMBER:  3089476   PURPOSE CODE:
C
        PAGE:   9    ARREST AGENCY-METRO-DADE POLICE DEPARTMENT

     (FL0130000)
    AGENCY CASE-302214                      OFFENSE DATE-07/12/1985
    CHARGE 001-CARRYING CONCEALED WEAPON-
    CHARGE 002-POSSESS STOLEN PROP-
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                        PF16(NEXT MSG). PF19(MSG LOG)  PF19=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

******************** TEXT OF MESSAGE **************** PAGE 02 ***************
               FIREARM
               STATUTE/ORDINANCE                    LEVEL-FELONY
    CHARGE 003-LICENSE-REGISTRATION WEAPON-
               CAR FA WO LIC
               STATUTE/ORDINANCE                    LEVEL-MISDEMEANOR
-----------------------------------------------------------------------------
ARREST-   4   11/25/1987   OBTS NO.-0000302234
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                    (FL0130000)
END OF PAGE   9 - PAGE  10 TO FOLLOW
  .

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF16=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

er-06152-WPD   Document 22   Queue Entered on FLSD Docket 08/11/2000   Pa
QUEUE TYPE:  PERSONAL   QUEUE NAME:  AON:          T2PD0633

                              MSG STATUS:   NACK
***************** TEXT OF MESSAGE **************** PAGE 01 **************
FROM NLETS  ON 04/13/00 AT 19:27:04

FR.FL0370100
15:26 04/13/2000 37365
15:26 04/13/2000 14762 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                            SID  NUMBER:  3099476   PURPOSE CODE:
C
        PAGE:  10      AGENCY CASE-302234                      OFFENSE D
A
TE-
    CHARGE 001-LARC-
            GRAND
              STATUTE/ORDINANCE                   LEVEL-FELONY
MESSAGE IS DISPLAYED. DEPRESS PF3(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                        PF16(NEXT MSG). PF18 MSG LOG   PF19=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF9=NEXT PAGE)

******************** TEXT OF MESSAGE *************** PAGE 02 ***************
--------------------------------------------------------------------------
ARREST-   5   12/27/1987   OBTS NO.-0000302234
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                   (FL0130000)
    AGENCY CASE-302234                        OFFENSE DATE-
    CHARGE 001-ROBBERY-
           STRONG ARM
           STATUTE/ORDINANCE                  LEVEL-FELONY
  JUDICIAL-
END OF PAGE  10 - PAGE  11 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PRINT SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF13(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:    PERSONAL
                                MSG STATUS:   .NACH
  ***************** TEXT CF MESSAGE *************** PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:27:14

FR.FL0370100
15:26 04/13/2000 37366
15:26 04/13/2000 14764 FLUSC□20□
*CQUPOH5784
TXT
ATN/ALVAREZ                         SID  NUMBER:  3□89476  PURPOSE CODE:
C
   ·      PAGE:. 11    AGENCY-OPA LOC□A POLICE DEPARTMENT

  (FL0131200)                                    ·
    CHARGE 001 -COURT SEQ            COURT N□.-87□42087CF
       COURT DATA-ROBBERY-
                            FORCE
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCP□) PF14(ACKD MSG)
                        PF16(□EXT MSG). PF1□□□G LOG□  PF1□=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE) PF8=NEXT PAGE)

QUEUE TYPE:   PERSONAL          QUEUE NAME:   P0H5
                                MSG STATUS:   .NACK
****************** TEXT OF MESSAGE ****************** PAGE 02 ***************
              STATUTE/ORDINANCE-FLS12-130          LEVEL-FELONY
              DISP DATE-01/20/1988                 DISP-DISMISSED
              CONFINEMENT-
          CRT PROVISIONS-NO INFORMATION FILED
-------------------------------------------------------------------------------
  SUPERVISION OR CUSTODY-
    AGENCY-NORTH FLORIDA RECEPTION CENTER                (FL063025C)
       AGENCY CASE-183185          STATUS-RECEIVED               ,06/20/1988
END OF PAGE  11 - PAGE 12 TO FOLLOW
  .          .                              .
                                                   .


MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:   PERSONAL           QUEUE NAME:   POH5
                                 MSG STATUS:   NACK
****************** TEXT OF MESSAGE *************** PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:27:16

FR.FL0370100
15:26 04/13/2000 37367
15:26 04/13/2000 14765 FLUSC2201
*CQUPOH5784
TXT
ATN/ALVAREZ                          SID  NUMBER:  3089476   PURPOSE CODE:
C
    .    PAGE: · 12       REMARKS-ROBBERY W FIREARM OR D WEAPON                  .


-------------------------------------------------------------------------------
  SUPERVISION OR CUSTODY-
    AGENCY-NORTH FLORIDA RECEPTION CENTER                    (FLC63025C)
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN, PF14(ACKD MSG)
                         FF16(NEXT MSG). PF18(MSG LOG)  PF19=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

r-06152-WPD   Document 22   Entered on FLSD Docket 08/11/2000   Pa
******************* TEXT OF MESSAGE **************** PAGE 02 ***************
        AGENCY CASE-183185         STATUS-DISCHARGED FROM CRIMINAL ,02/01/1989
        REMARKS-ROBBERY W FIREARM OR D WEAPON
-----------------------------------------------------------------------
ARREST-   6   07/15/1989   CBTS NO.-0 C0262781L
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                    (FL0130000)
    AGENCY CASE-302234                         C SENSE DATE-
    CHARGE 001-BURGL-
            VEH
END OF PAGE  12 - PAGE  13 TO FOLLOW



MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9 PF.I SCEN. PF14(ACKD MSG)
                           PF16 MENU MSG). PF.2 IG LIST  PF.8=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:   PERSONAL          QUEUE NAME:   PURG
                               MSG STATUS:   NACK
***************** TEXT OF MESSAGE **************** PAGE 01 **************
FROM NLETS  ON 04/13/00 AT 18:27:18

FR.FL0370100
15:26 04/13/2000 37368
15:26 04/13/2000 14766 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                          SID  NUMBER: 3089476   PURPOSE CODE:
C
  ·       PAGE:  13              STATUTE/ORDINANCE                   LEVEL-FEL
O
NY
    CHARGE 002-LARC-
             PETTY
             STATUTE/ORDINANCE                    LEVEL-MISDEMEANOR
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9 PRIN SCRN) PF14(ACKD MSG)
                          PF16 NEXT MSG). PF18(MSG LOG, PF19=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

```
                                    MSG STATUS:    NACK
****************** TEXT OF MESSAGE ************** PAGE 02 **************
------------------------------------------------------------------------
ARREST-   7    05/12/1990   OBTS NO.-0003764090
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                (FL0130000)
    AGENCY CASE-302234                          OFFENSE DATE-
    CHARGE 001-MARIJUANA-
    CHARGE 002-MARIJUANA-POSSESS-
            MISD
            STATUTE/ORDINANCE                LEVEL-MISDEMEANOR
END OF PAGE  13 - PAGE  14 TO FOLLOW
```

```
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9 PREV SCRN  PF14 (ACKD MSG)
                        PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

QUEUE TYPE:   PERSONAL          QUEUE NAME:   PORS
                                MSG STATUS:   NACK
****************** TEXT OF MESSAGE ************** PAGE 01 ***************
FROM NLETS   ON 04/13/00 AT 18:27:21

FR.FL0370100
15:26 04/13/2000 37370
15:26 04/13/2000 14767 FLUSC1101
*CQUP0H5784
TXT
ATN/ALVAREZ                          SID  NUMBER:  3039476   PURPOSE CODE:
C
        PAGE:  14      CHARGE 003-COCAINE-


          STATUTE/ORDINANCE              LEVEL-FELONY
    CHARGE 004-COCAINE-POSSESS-
          STATUTE/ORDINANCE              LEVEL-FELONY
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN  PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(UG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

```
    QUEUE TYPE:   PERSONAL             QUEUE NAME:  PQE5
                                       MSG STATUS:  NACK
    ***************** TEXT OF MESSAGE ***************** PAGE 02 **************
------------------------------------------------------------------------------
ARREST-   8    07/30/1990    CBTS NO.-000395798I
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                  (FL0130000)
    AGENCY CASE-302234                      OFFENSE DATE-
    CHARGE 001-FLEE/ELUDE POLICE-
    CHARGE 002-RESIST OFFICER-
             ARREST WO VIOL
             STATUTE/ORDINANCE                LEVEL-MISDEMEANOR
END OF PAGE  14 - PAGE  15 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9 PRNT SCRN: PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF15=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

```
QUEUE TYPE:   PERSONAL          QUEUE NAME:  POH5
                                MSG STATUS:  NACK
****************** TEXT OF MESSAGE ***************  PAGE 01 **************
FROM NLETS  ON 04/13/00 AT 18:27:23


FR.FL0370100
15:26 04/13/2000 37371
15:26 04/13/2000 14769 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                          SID NUMBER:  3089476   PURPOSE CODE:
  C .
       PAGE:  15   ----------------------------------------------------
  -
------------------
ARREST-   9   10/16/1991   CETS NO.-0005646785
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT              (FL0130000)
    AGENCY CASE-302234                     OFFENSE DATE-
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9,PREV SCRN, PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG  PF19=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF9=NEXT PAGE)
```

                              MSG STATUS:    NACK
***************** TEXT OF MESSAGE *************** * PAGE 02 ***************
    CHARGE 001-AGGRAV BATT-POL OFF-
              STATUTE/ORDINANCE                LEVEL-FELONY
    CHARGE 002-RESIST OFFICER-
  JUDICIAL-
    AGENCY-11TH CIRCUIT COURT - MIAMI                    (FL013025J)
    CHARGE 001 -COURT SEQ              COURT NO.-F92035421
      SUPPLEMENTAL ARREST DATA-
          STATUS-                           LEVEL-FELONY    ,3RD DEG
END OF PAGE  15 - PAGE  16 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU (PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:  PERSONAL          QUEUE NAME:  POP5
                              MSG STATUS:  NACK
***************** TEXT OF MESSAGE **************** PAGE 01 ***************
FROM NLETS   ON 04/13/00 AT 18:27:26

FR.FL0370100
15:26 04/13/2000 37372
15:27 04/13/2000 14769 FLUSC2201
*CQUPOH5784
TXT
ATN/ALVAREZ                              SID  NUMBER:  3099476   PURPOSE CODE:
C
    •     PAGE:  16     PROSC DATA-SAME AS ABOVE


            DISP DATE-11/06/1992               DISP-N/A
        COURT DATA-SAME          ,AGGRAV BATT-POL OFF-
                                  POLICE FIRE
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCAN  PF14(ACKD MSG)
                             PF16(NEXT MSG). PF19(MSG LOG   PF19=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:   PERSONAL      QUEUE NAME:  PO45
                                  MSG STATUS:  NACK
****************** TEXT OF MESSAGE ************** PAGE 02 ***************
               STATUTE/ORDINANCE-                  LEVEL-FELONY      ,3RD DEG
               DISP DATE-11/06/1992                DISP-GUILTY/CONVICTED
               COUNSEL-SELF       TRIAL-NONE        PLEA-NOLO CONTENDRE
               SENT DATE-11/06/1992
   AGENCY-STATE ATTORNEY'S OFFICE                          (FL013015A)
   CHARGE 002 -COURT SEQ                    COURT NO.-F9203542l
        SUPPLEMENTAL ARREST DATA-
               STATUS-                            LEVEL-MISDEMEANOR,1ST DEG
END OF PAGE  16 - PAGE  17 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS PF3(MSG INDEX) PF9 PREV SCRN  PF14 ACKD MSG)
                              PF16(NEXT MSG). PF19(MSG LOG  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

r-06152-WPD   Document 22   Entered on FLSD Docket 08/11/2000   Pa

QUEUE TYPE:   PERSONAL          QUEUE NAME:   FOR5
                                MSG STATUS:   NACK
***************** TEXT OF MESSAGE *************** PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:27:28

FR.FL0370100
15:26 04/13/2000 37373
15:27 04/13/2000 14770 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                        SID  NUMBER:  3039476   PURPOSE CODE:
C
   ·     PAGE:. 17    PROSC DATA-AMENDED    ,OBSTRT DISGUISE PERS

              STATUTE/ORDINANCE-              LEVEL-MISDEMEANOR,1ST DEG
              DISP DATE-11/06/1992            DISP-DROPPED/ABANDONED
              COUNSEL-SELF      TRIAL-        PLEA-
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:    PERSONAL              QUEUE NAME:  PCH5
                                     MSG STATUS:  NACK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* TEXT OF MESSAGE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  PAGE 02 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
--------------------------------------------------------------------------------
ARREST- 10   05/03/1993    OETS NO.-0205551910
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                      (FL0130000)
    CHARGE 001-CRIM REG-
           DISP-NOT PROSECUTED RELEASED
--------------------------------------------------------------------------------
ARREST- 11   02/08/1994    OBTS NO.-0006429825
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                      (FL0130000)
END OF PAGE  17 - PAGE  18 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF0(PREV SCRN) PF14(ACKD MSG)
                       PF16(NEXT MSG), PF19(MSG LOG    PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF3=NEXT PAGE)

                              MSG STATUS:    NACK
******************* TEXT OF MESSAGE ***************  PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:27:38

FR.FL0370100
15:26 04/13/2000 37374
15:27 04/13/2000 14774 FLNSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                              SID NUMBER: 1069476   PURPOSE CODE:
C
   ·      PAGE: 18    AGENCY CASE-311234                          OFFENSE D
A
TE-02/08/1994
    CHARGE 001-LARC-
              PETTY
              STATUTE/ORDINANCE           ·           LEVEL-MISDEMEANOR
MESSAGE IS DISPLAYED. DEPRESS PF3(MSG INDEX) PF5(PREV MSG) PF14(ACKD MSG)
                          PF13(NEXT MSG). PF19(LOG LIST) PF19=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF3=NEXT PAGE)

QUEUE TYPE:   PERSONAL           QUEUE NAME:   PDR5
                                 MSG STATUS:   ..RACK
***************** ***** TEXT OF MESSAGE ************ ***    PAGE 02 ***************
----------------------------------------------------------------------------
ARREST-  12    09/01/1994    OBTS NO.-2007117001
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                    (FL0130000)
    AGENCY CASE-302234                        OFFENSE DATE-09/01/1994
    CHARGE 001-ESCAPE-
              STATUTE/ORDINANCE                LEVEL-FELONY
    CHARGE 002-AGGRAV BATT-POL OFF-
              STATUTE/ORDINANCE                LEVEL-FELONY
END OF PAGE  19 - PAGE  19 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF6(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF9=NEXT PAGE)

QUEUE TYPE:    PERSONAL          QUEUE NAME:  POH5
                                 MSG STATUS:  NACK
******************** TEXT OF MESSAGE *************** PAGE 01 **************
FROM NLETS  ON 04/13/00 AT 19:27:41

FR.FL0370100
15:26 04/13/2000 37375
15:27 04/13/2000 14775 FLUSC2201
*CQUPOH5784
TXT
ATN/ALVAREZ                              SID  NUMBER:  3089476   PURPOSE CODE:
C
        PAGE:. 19    CHARGE 003-RESIST OFFICER-


            ARR W VIOL
            STATUTE/ORDINANCE                 LEVEL-FELONY
   JUDICIAL-
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE) PF8=NEXT PAGE)

```
QUEUE TYPE:   PERSONAL              QUEUE NAME:   POH5
                                    MSG STATUS:   ..BACK
***************** TEXT OF MESSAGE *************** PAGE 02 ***************
    AGENCY-11TH CIRCUIT COURT - MIAMI                       (FL013025J)
    CHARGE 002 -COURT SEQ                   COURT NO.-F94029920
        SUPPLEMENTAL ARREST DATA-
            STATUS-                              LEVEL-FELONY    ,3RD DEG
    PROSC DATA-                  AGGRAV BATT-POL OFF-
                                 BATTERY POL FIRE INT
            STATUTE/ORDINANCE-                   LEVEL-FELONY    ,3RD DEG
            DISP DATE-09/22/1994                 DISP-N/A
END OF PAGE  19 - PAGE  20 TO FOLLOW
```

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE) PF8=NEXT PAGE)

QUEUE TYPE:   PERSONAL          QUEUE NAME:  POH5
                                MSG STATUS:  NACK
*************** TEXT OF MESSAGE *************** PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 19:27:44

FR.FL0370100
15:26 04/13/2000 37376
15:27 04/13/2000 14776 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                          SID NUMBER:  3089476   PURPOSE CODE:
C
    .     PAGE:  20        COURT DATA-AGGRAV BATT-POL OFF-

                          BATTERY POL FITL INT
              STATUTE/ORDINANCE-               LEVEL-FELONY   ,3RD DEG
              DISP DATE-05/08/1995             DISP-GUILTY/CONVICTED
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF6(PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

```
QUEUE TYPE:   PERSONAL            QUEUE NAME:  FJH5
                                  MSG STATUS:  NACK
****************** **** TEXT OF MESSAGE ****** **** **** **  PAGE 02 ***************
             COUNSEL-SELF        TRIAL-NONE        PLEA-GUILTY
             SENT DATE-05/08/1995
   CHARGE 003 -COURT SEQ                    COURT NO.-F94029920
      SUPPLEMENTAL ARREST DATA-
             STATUS-ADDED CHARGE                   LEVEL-
   PROSC DATA-ADDED CHARGE ,RESIST OFFICER-
                          W VIOL
             STATUTE/ORDINANCE-              LEVEL-FELONY     ,3RD DEG
END OF PAGE  20 - PAGE  21 TO FOLLOW
```

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF*(PREV SCRN) PF14(ACKD MSG)
                       PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE  PF8=NEXT PAGE)

```
QUEUE TYPE:    PERSONAL              QUEUE NAME:   POH5
                                     MSG STATUS:   NACK
****************** TEXT OF MESSAGE ***************    PAGE 01 **************
FROM NLETS  ON 04/13/00 AT 18:27:46

FR.FL0370100
15:26 04/13/2000 37378
15:27 04/13/2000 14777 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                            SID  NUMBER:  3089476   PURPOSE CODE:
C .
     PAGE:  01                  DISP DATE-09/22/1994                DISP-N/A


     COURT DATA-RESIST OFFICER-
                              W VIOL
               STATUTE/ORDINANCE-           LEVEL-FELONY    ,3RD DEG
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

```
                                                 04132000  T2MD0611
QUEUE TYPE:    PERSONAL              QUEUE NAME:   PUHS
                            MSG STATUS:    NACK
***************** TEXT OF MESSAGE *************** PAGE 02 **************
            DISP DATE-05/08/1995              DISP-GUILTY/CONVICTED
            COUNSEL-SELF       TRIAL-NONE     PLEA-GUILTY
            SENT DATE-05/08/1995
    AGENCY-STATE ATTORNEY'S OFFICE                      (FL013015A)
    CHARGE 003 -COURT SEQ              COURT NO.-F94029920
       SUPPLEMENTAL ARREST DATA-
            STATUS-                            LEVEL-FELONY    ,3RD DEG
    PROSC DATA-SAME AS ABOVE
END OF PAGE  21 ~ PAGE  22 TO FOLLOW
  .            .


                                            .


MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                         PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PRIV PAGE  PF8=NEXT PAGE)
```

QUEUE TYPE:   PERSONAL          QUEUE NAME:  POH5
                                MSG STATUS:  .NACK
****************** TEXT OF MESSAGE *************** PAGE 01 **************
FROM NLETS  ON 04/13/00 AT 18:27:48

FR.FL0370100
15:26 04/13/2000 37379
15:27 04/13/2000 14778 FLUSC2201
*CQUPOH5784
TXT
ATN/ALVAREZ                            SID NUMBER:  3089476   PURPOSE CODE:
C
·    PAGE:. 22             DISP DATE-05/08/1995                 DISP-DROP
P
ED/ABANDONED
              COUNSEL-SELF      TRIAL-         PLEA-
------------------------------------------------------------------------
  SUPERVISION OF CUSTODY-
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                             PF16(NEXT MSG), PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:　　PERSONAL　　　　QUEUE NAME:　　145
　　　　　　　　　　　　　　　　MSG STATUS:　　ACK
*****************·*·*** TEXT OF MESSAGE ·*·*·*·*·*·*·*·*·* PAGE 02 *·*·*·*·*·*·*·*·*·
　　AGENCY-NORTH FLORIDA RECEPTION CENTER　　　　　　　　　　　(FL063025C)
　　　　AGENCY CASE-A183195　　　　STATUS-RECEIVED　　　　　　　　,05/17/1995
　　　REMARKS-ESCAPE
-----------------------------------------------------------------------------
ARREST- 13　　08/09/1996　　CBTS NO.-C005703518
　ARREST AGENCY-BROWARD COUNTY SHERIFF'S OFFICE　　　　　　　　　(FL0060000)
　　AGENCY CASE-KHN855563　　　　　　　　　　OFFENSE DATE-
　　CHARGE 001-CRIM REG-
END OF PAGE　22 - PAGE　23 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS FF5(MSG INDEX) PF3(PREV SCRN) PF14(ACKD MSG)
　　　　　　　　　　　　　PF16(NEXT MSG). PF19(MSG LOG)　PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE　PF9=NEXT PAGE)

QUEUE TYPE:    PERSONAL          QUEUE NAME:  F0H5
                                 MSG STATUS:  NACK
****************** TEXT OF MESSAGE *************** PAGE 01 ****************
FROM NLETS  ON 04/13/00 AT 18:27:51

FR.FL0370100
15:26 04/13/2000 3"380
15:27 04/13/2000 1:779 FLUSC2201
*CQUPOH5784
TXT
ATN/ALVAREZ                          SID NUMBER:  3089476   PURPOSE CODE:
C .
        PAGE:' 23               DISP-NOT PROSECUTED RELEASED


----------------------------------------------------------------------
ARREST-  14    10/05/1996   CBTS NO.-C003823413
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                  (FLC 30000)
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF4(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG) PF18=(RER OUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE  FF8=NEXT PAGE)

```
QUEUE TYPE:   PERSONAL              QUEUE NAME:  : DH5
                                    MSG STATUS:  : RACH
****************** TEXT OF MESSAGE *************** PAGE 02 ***************
   AGENCY CASE-302234                             OFFENSE DATE-
   CHARGE 001-COCAINE-POSSESS-
           002 CNTS,
           STATUTE/ORDINANCE                      LEVEL-FELONY
   CHARGE 002-MARIJUANA-POSSESS-
   JUDICIAL-
   AGENCY-STATE ATTORNEY'S OFFICE                           (FL013013A)
   CHARGE 001 -COURT SEQ                COURT NO.-F96032055
END OF PAGE  23 - PAGE  24 TO FOLLOW
```

```
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF3(PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE (PF8=NEXT PAGE)
```

```
QUEUE TYPE:    PERSONAL              QUEUE NAME:   POH5
                                     MSG STATUS:   NACK
******************** TEXT OF MESSAGE **************** PAGE 01 ***************
FROM NLETS  ON 04/13/00 AT 18:27:54

FR.FL0370100
15:26 04/13/2000 37361
15:27 04/13/2000 14780 FLUSC2201
*CQUPOH5784
TXT
ATN/ALVAREZ                            SID  NUMBER:  3089476   PURPOSE CODE:
C
        PAGE:  24         SUPPLEMENTAL ARREST DATA-
              STATUS-                          LEVEL-FELONY      ,3RD DEG
      PROSC DATA-INITIATED BY ,DANGEROUS DRUGS-
                              COCAINE POSSESSION
              STATUTE/ORDINANCE-                LEVEL-FELONY      ,3RD DEG
              DISP DATE-11/04/1996              DISP-DROPPED/ABANDONED
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

QUEUE TYPE:    PERSONAL              QUEUE NAME:    PDH5
                                     MSG STATUS:    INACT
******************** TEXT OF MESSAGE *************-****** PAGE 02 ******-*********
          COUNSEL-PUBLIC        TRIAL-NONE        PLEA- NO PLEA ENTERE
     SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

------------------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY.  WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
END OF PAGE  24 - PAGE  25 TO FOLLOW


MESSAGE IS DISPLAYED. DEPRESS PF5 (MSG INDEX) PFN (PREV CURR) PF14 (ACKD MSG)
                            PF13 (NEXT MSG). PF19 (SG  DG) PF18=(RET  TTE)
END OF THIS MESSAGE
(PF1=HELP) (PF3=MAIN MENU) (PF4=PREV MENU) (PF7=PREV PAGE  PF8=NEXT PAGE)

******************** TEXT OF MESSAGE ******************** PAGE 01 **************
FROM NLETS  ON 04/13/00 AT 18:17:07

FR.FL0370100
15:24 04/13/2000 37382
15:27 04/13/2000 14781 FLUSC2201
*CQUP0H5784
TXT
ATN/ALVAREZ                          SID NUMBER: 2089176   PURPOSE CODE:
C
   .     PAGE:  25  THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CR
I
MINAL JUSTICE
PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A SINGLE-STATE OFFENDER RECORD.
END OF RECORD
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF2(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19 MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE  PF8=NEXT PAGE)

U.S. Department of Justice
Immigration and Naturalization Se

Notice to Appear

In removal proceedings under section 240 of the Immigration and Nationality Act

File No: _A35 676 766_

In the Matter of:

Respondent: _HAMMOND, Dietrich_                    _ALIAS: TOMLINSON, JOSEPH_                    currently residing at:

_(305) 552 1845_

_Krome Service Processing Center 18201 Sw 12 Street Miami FL 33194_

(Number, street, city, state and ZIP code)                    (Area code and phone number)

☒ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are a native of JAMAICA and a citizen of JAMAICA.
2. You are not a citizen of the United States.

<div style="border:1px solid">

**DEFENDANT'S EXHIBIT**

CASE **00–6152-**
NO. **Cr–WPD**

EXHIBIT
NO.      **D**

</div>

3.  You are ineligible for admission to the United States because you, by fraud
or by willfully misrepresenting a material fact, seek to procure (or have
sought to procure or have procured) a visa, other documentation, or admission
into the United States or other benefit provided under the Immigration and

*SEE CONTINUATION FORM I-831 ATTACHED*

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(6)(C)(i) of the Immigration and Nationality Act (Act), as
amended, in that you are an alien who, by fraud or willfully misrepresenting a
material fact, seeks to procure (or has sought to procure or has procured) a
visa, other documentation, or admission into the United States or other benefit

*SEE CONTINUATION FORM I-831 ATTACHED*

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
*DATE, PLACE AND TIME TO BE SET.*

(Complete Address of Immigration Court, Including Room Number, if any)

on _____ at _____   to show why you should not be removed from the United States based on the
   (Date)         (Time)
charge(s) set forth above.

DELOCATIS
*IMMIGRATION INSPECTOR*

(Signature and Title of Issuing Officer)

Date: _04/14/2000_                    _FORT LAUDERDALE, FL_

(City and state)

See reverse for important information

Form I-862 (Rev. 4-1-97)

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form _____ I-862

| Alien's Name | File Number | Date |
|---|---|---|
| HAMMOND, Dietrich | A35 676 766 | 04/14/2000 |

ALLEGATIONS CONTINUED:

Natioanlity Act, to wit:
You arrived at Fort Lauderdale International Airport on 13 April 2000 aboard
Air Jamaica 87 from Kingston, Jamaica. You applied for admission as a B1/B2
Visitor Jamaican citizen to wit you presented a photo-substitued Jamaican
Passport #1953988, along with a counterfeit Non-immigrant United States visa
#7622665 bearing the name TOMLINSON, Joseph.

4. You are ineligible for admission to the United States because you were, on
08 May 1995, convicted in the 11th Circuit Court at Miami for the offense of
Aggravated Battery of a Police Officer, in violation of Florida Statute, a
crime involving moral turpitude.

5. You are ineligible for admission to the United States because you were, on
06 November 1992, convicted in the 11th Circuit Court at Miami for the offense
of Aggravated Battery of Police Officer, in violation of Florida Statute, a
crime involving moral turpitude.

6. You are ineligible for admission to the United States because you were, on
04 November 1996, convicted in the 11th Circuit Court at Miami for the offense
of Cocaine and Marijuana possesion, in violation of Florida Statute,

7. You are ineligible for admission to the United States because:

You have been ordered removed under Section 240 or any other provision of law
or you departed the United States while an order of removal was outstanding; and

You have been convicted on 08 May 1995, of Aggravated Battery of a Police
Officer, in the 11th Circuit Court at Miami, an aggravated felony.

You have been convicted on 06 November 1992, of Aggravated Battery of a Police
Officer, in the 11th Circuit Court at Miami, an aggravated felony.

PROVISIONS CONTINUED:

provided under this Act.

| Signature | Title |
|---|---|
| JOSEPH DEROGATIS | IMMIGRATION INSPECTOR |

_2_ of _3_ Pages

Form I-831 Continuation Page (Rev.6/12/92)

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form _____ I-862

| Alien's Name<br>HAMMOND, Dietrich | File Number<br>A35 676 766 | Date<br>04/14/2000 |
| --- | --- | --- |

Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense).

Section 212(a)(2)(A)(i)(II) of the Immigration and Nationality Act (Act), as amended, in that you are an alien who has been convicted of, or admits having committed, or admits committing acts which constitute the essential elements of, a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act, [21 U.S.C. 802]).

Section 212(a)(9)(A)(ii) of the Immigration and Nationality Act (Act), as amended, as an alien who has been ordered removed under Section 240 or any other provision of law, or who departed the United States while such an order of removal was outstanding, and who is an alien convicted of an aggravated felony.

| Signature<br>JOSEPH DEROGATIS | Title<br>IMMIGRATION INSPECTOR |
| --- | --- |

_3_ of _3_ Pages

Form I-831 Continuation Page (Rev.6/12/92)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have the opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by an immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make such an application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _DE ROCATIS_

(Signature and Title of INS Officer)

(Signature of Respondent) _DIETRIUY HAmm n . A_

Date: _14/4/00_

---

### Certificate of Service

This Notice to Appear was served on the respondent by me on _14 APRIL 00_ , in the following manner and in compliance with section 239(a)(1)(F) of the Act:

(Date)

☒ in person          ☐ by certified mail, return receipt requested          ☐ by regular mail

☒ Attached is a list of organizations and attorneys which provide free legal services.

☒ The alien was provided oral notice in the _English_ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

(Signature of Respondent if Personally Served)

DEROCATIS
(Signature and Title of Officer)

Form I-862 (Rev 4-1-97)