UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6152-CR-DIMITROULEAS

    Plaintiff,

vs.

DIETRICH HAMMOND,

    Defendant.

_____/

## O R D E R

THIS CAUSE having been heard upon Defendant's August 10, 2000 Motion To Dismiss Indictment with Prejudice Based Upon Violation of Speedy Trial Act [DE-22], the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of August, 2000.

           WILLIAM P. DIMITROULEAS
           United States District Judge

Copies furnished to:

Edward Ryan, AUSA

Tim Day, AFPD