UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6152 -CR-DIMITROULEAS

UNTIED STATES OF AMERICA,

vs.

DIETRICH HAMMOND,

    Defendant.

_____/

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE

The United States of America, through its undersigned Assistant United States Attorney, and requests this Court provide the Government an additional period of time in which to respond to Defendant Hammond's motion to dismiss the indictment with prejudice based on alleged pre-indictment Speedy Trial Act violations. As the Court knows from previous rulings in this case the Assistant United States Attorney assigned to this case, Edward R. Ryan, is on annual leave through Monday, August 28, 2000, and is out of the district. In order to properly document the INS administrative activity which took place between the time of defendant's arrest on April 13, 2000, and his indictment on June 6, 2000, the Government will have to locate and pull defendant's transfer and movement files. That process was begun as soon as the undersigned received a copy of the defendant's motion on August 11, 2000. It is our understanding that the files pertaining to defendant are currently in Bradenton, Florida.

We anticipate being able to file a more detailed substantive response on or about August 23, 2000, and would ask the Court to enter an order requiring a response on or before that date.

The undersigned has discussed the requested extension of time with counsel for the defendant, AFPD Tim Day, and is authorized to state that he has no objection to the relief requested.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

                THERESA M.B. VAN VLIET
                Senior Litigation Counsel
                500 East Broward Blvd., Suite 700
                Fort Lauderdale, FL  33394
                Florida Bar No. 374040
                (954) 356-7255, ext. 3557

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was mailed this 11th day of August, 2000, to Timothy Day, AFPD, 101 N.E. 3rd Avenue, Fort Lauderdale, Florida, 33301.

THERESA M.B. VAN VLIET