UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6152-CR-DIMITROULEAS

    Plaintiff,

vs.

DIETRICH HAMMOND,

    Defendant.

_____/

FILED by _____ D.C.

AUG 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE having been heard upon Government's August 11, 2000 Unopposed

Motion For An Extension Of Time In Which To Respond To Defendant's Motion To Dismiss

With Prejudice, said motion is GRANTED. The Government's response will be due on or before

August 23, 2000.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

14 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Theresa Van Vliet, AUSA

Tim Day, AFPD

