## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
AUG 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6052-CR-WPD   DATE: August 25, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Deitrich Hammond

U.S. ATTORNEY: Mike Dittoe / Ed Ryan   DEFT. COUNSEL: Tim Day, AFPD

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's m/ dismiss is pending. Court sets motion down for hearing.

CASE CONTINUED TO: 8/30/00   TIME: 9:15   FOR: hearing on m/ dismiss

MISC: _____

