UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6152-CR-DIMITROULEAS

Plaintiff,

vs.

DIETRICH HAMMOND,

Defendant.
_____/

FILED by _____ D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER SETTING HEARING

THIS CAUSE having been heard upon Defendant's August 24, 2000 Motion to Dismiss

Indictment [DE-27], this Court sets a hearing for **Wednesday, August 30, 2000 at 9:15 a.m.**.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this
25 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:
Tim Day, AFPD
Ed Ryan, AUSA

