## CRIMINAL MINUTES

FILED by _____ D.C.
AUG 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6152-CR-WPD    DATE: August 30, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Deitrich Hammond

U.S. ATTORNEY: Ed Ryan    DEFT. COUNSEL: Tim Day, AFPD

REASON FOR HEARING: Defendant's motion to Dismiss

RESULT OF HEARING: 2 motions to dismiss pending.
1 motion to dismiss per Speedy trial violation
1 motion to dismiss Count 1 of Indictment.
Court Resets motion to dismiss Count 1 until
9:15 tomorrow. Gov't presents its case.

JUDGMENT: _____

CASE CONTINUED TO: 8/31/00    TIME: 9:15    FOR: Continuation

MISC: _____ of M/Dismiss

