**CRIMINAL MINUTES**

FILED by _____ D.C.
AUG 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6152-CR-WPD     DATE: August 31, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Detrich Hammond

U.S. ATTORNEY: Ed Ryan     DEFT. COUNSEL: Timothy Day

REASON FOR HEARING: Motion to Dismiss continued

RESULT OF HEARING: Gov't's case continued. Gov't Rests. Deft Rests. Deft argues.

Deft's motion to Dismiss for Speedy Trial is Denied. Written order to be entered.

CASE CONTINUED TO: 9/5/00     TIME: 9:15     FOR: M/Dismiss Count 1 & PTN trial if motion is Denied.

MISC: * Exhibits Returned to Counsel.

3/9