# United States District Court

AUG 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

District of __Florida__ — __Southern__

USA v. Deitrich Hammond

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6152-CR-WPD

| | | | | |
|---|---|---|---|---|
| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
| William P. Dimitrouleas | Edward Ryan, AUSA | | Tim Day, AFPD | |
| TRIAL DATE(S) | COURT REPORTER | | COURTROOM DEPUTY | |
| M/Dismiss 8/30/00 | Bob Ryckoff | | Tria Carlton | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/30/00 | | | |
| | | | | | W-1 Angela Lehr-Hernandez |
| 1 | | | ✓ | ✓ | Notice placed in INS file |
| 2 | | | ✓ | ✓ | 4/20/00 - Computer print-out |
| 3 | | | ✓ | ✓ | Notice that alien file was in-transit |
| 4 | | | ✓ | ✓ | |
| 5 | | | ✓ | ✓ | up-dated Computer Custody Screen print out |
| 6 | | | ✓ | ✓ | Copy of CC-mail print-out for Lehr |
| 7 | | | ✓ | ✓ | Record of Action |
| 8 | | | ✓ | ✓ | print-out of CC mail from 5/22 - 6/12 |
| | | 8/31 | | | |
| | 1 | | ✓ | ✓ | E-mails |
| | | | | | Exhibits Returned to Counsel |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages