## CRIMINAL MINUTES

FILED by _____ D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6152-CR-WPD    DATE: September 5, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Deitrich Hammond

U.S. ATTORNEY: Ed Ryan    DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Motion to Dismiss Count 1.

RESULT OF HEARING: Deft argues motion. Govt responds in opposition. Deft's motion to dismiss is denied. Written order to be issued. Deft seeks to obtain new/private counsel. Court resets hearing for 4:00 pm. If new attorney files notice of appearance before 12 noon tomorrow there will be status conf.

CASE CONTINUED TO: 9/7/00    TIME: 9:15    FOR: _____

MISC: If no appearance is filed trial will begin 9/7 w/ Tim Day as counsel.