IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

                              Case No:  00-6152 CR DIMITROULEAS

       Plaintiff

vs.

DIETRICH HAMMOND

       Defendant
_____/

## NOTICE OF APPEARANCE, PLEA OF NOT GUILTY DEMAND FOR DISCOVERY AND VIEW OF EVIDENCE

MICHAEL B. COHEN, P.A., Attorney at law, Trade Centre South, 100 West Cypress Creek Road, Ste 930, Fort Lauderdale, Florida 33309, hereby files this Notice of Appearance in the above captioned case.

THE DEFENDANT, by and through undersigned counsel, tenders, this Plea of Not Guilty to the above styled Indictment on all counts.

FURTHER, the Defendant hereby waives reading of the Indictment and formal arraignment, as well as personal appearance before this Honorable Court for arraignment.

FURTHER, the Defendant moves this Honorable Court to grant the Defendant 30 days to file applicable motions, including motions attacking the Indictment.

IT IS HEREBY requested that a complete copy of the Indictment filed in this case be forwarded to the undersigned by the Clerk of the Court.

UNDERSIGNED COUNSEL REQUESTS that the Clerk of this Court hereafter forward to the undersigned copies of all pleadings and other documents filed in the above captioned matter, and further,

IT IS HEREBY requested that the Clerk of this Court promptly notify the undersigned of the time, date, and place of the arraignment and all hearings, reports soundings and of the trial to ensure prompt appearance of the Defendant and the undersigned counsel before the Court.

THE DEFENDANT respectfully demands a trial by jury.



NOTE TO THE CLERK; Undersigned counsel hereby requests that he be immediately notified of the trial date in the instant case.

THE DEFENDANT further demands that the United State's Attorney's Office furnish and disclose to the Defendant's undersigned counsel all discovery and evidence.

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via U.S. Mail this 6th day of September 2000, to the United State's Attorney's Office, 99 N.E. 4th Strteet, Miami, Florida 33132.


Respectfully submitted,


MICHAEL BRUCE COHEN, ESQ.
MICHAEL B. COHEN P.A.
TRADE CENTRE SOUTH
100 WEST CYPRESS CREEK ROAD, STE 930
FORT LAUDERDALE, FLORIDA 33309
TEL:(954) 928-0059
FAX:(954) 771-0434

By: _____
MICHAEL BRUCE COHEN
FLORIDA BAR NO: 210196