**CRIMINAL MINUTES**

FILED by ___ D.C.
SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6152-CR-WPD        DATE: September 7, 2000

COURTROOM CLERK: Karen A. Carlton        COURT REPORTER: Bob Ryckoff

PROBATION: _____        INTERPRETER: _____

UNITED STATES OF AMERICA        VS. Dietrich Hammond

U.S. ATTORNEY: Ed. Ryan        DEFT. COUNSEL: Michael Cohen

REASON FOR HEARING: Calendar Call / Status Conference.

RESULT OF HEARING: Michael Cohen filed a notice of appearance. Court grants motion for Tim Day to withdraw from representation. Deft's motion to continue is granted. The time from today until trial is deemed excludable.

---

CASE CONTINUED TO: 10/6/00        TIME: 9        FOR: Cal. Call
MISC: 10/10/00                    9             trial period