UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6152-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

DIETRICH HAMMOND, :

    Defendant. :
_____/

FILED by _____ D.C.

SEP 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing that Defendant Dietrich Hammond has retained Michael Cohen, Esquire, 100 West Cypress Creek, Suite 930, Fort Lauderdale, Florida 33309 to represent him in this cause, it is

**ORDERED** that the Federal Public Defender is relieved of any further responsibility in this cause.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 11 day of Sept, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Timothy M. Day, AFPD
    Edward Ryan, AUSA
    Michael Cohen, Esquire

