**CRIMINAL MINUTES**

FILED by ___ D.C.
OCT 06 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6152-CR-WPD   DATE: October 6, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Dietrich Hammond

U.S. ATTORNEY: Ed Ryan   DEFT. COUNSEL: Michael Caruso

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Hearing continued until 1:30 this afternoon

CASE CONTINUED TO: 10/6/00   TIME: 1:30   FOR: _____

MISC: _____

