## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _HE_ D.C.
OCT 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6152-CR-WPD     DATE: October 6, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Dutrea Hammond

U.S. ATTORNEY: Ed Ryan     DEFT. COUNSEL: Michael Cohen

REASON FOR HEARING: Criminal Bench trial

RESULT OF HEARING: Deft signs waiver of trial by jury. Crt accepts waiver, parties sign stipulation of facts and re: Evidence. Gvt addresses Court. Deft's Rule 29 motion for Judgment of acquittal. Motion is Denied. Gvt's Case. Deft Rests. Renewed

JUDGMENT: M/Judgement of acquittal is Denied. Parties waive closing Arguments. Court finds deft Guilty of Counts 1, 2, 3.

CASE CONTINUED TO: 12/15/00     TIME: 1130     FOR: Sentencing

MISC: Exhibits returned to parties