*Section 1.09: Waiver of jury trial*

FILED by _____ D.C.

**In the U.S. District Court
for the District of [South Fla]**

OCT 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

United States of America  )
  )
v.  )     No. Cr 00-6152-CR- DIMITROULEAS
  )     Waiver of trial by jury
Dietrich Hammond )
[Defendant]  )

I acknowledge that I was fully informed of my right to trial by jury in this cause. I hereby waive that right, request the court to try all issues of fact and law without a jury, and waive my right to special findings.

Dated at Hlwd, this 6 day of OCT, ~~19~~ 2000

_____
Defendant

APPROVED:

_____
Attorney for Defendant

The United States of America consents to the defendant's waiver of a jury trial and waives its right to request special findings.

_____
Assistant U.S. Attorney

I find that the defendant has knowingly and voluntarily waived the right to a jury trial, and I approve the waiver.

_____
Judge

