AO 187 (Rev 7/87) Exhibit and Witness List

# United States District Court

_Southern_ DISTRICT OF _Florida_

USA v. Dietrich Hammond

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6152-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Ed Ryan, AUSA | Michael Cohen |
| TRIAL DATE(S) 10/6/00 | COURT REPORTER Bob Ryckoff | COURTROOM DEPUTY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 10/6 |   |   |   |
| 1 |   |   | ✓ | ✓ | Passport |
| 2 |   |   | ✓ | ✓ | Q & A (4-5 pgs) - Record of Sworn Statement |
| 3 |   |   | ✓ | ✓ | Immigration Removal Forms |
|   | 1 |   | ✓ | ✓ |   |
|   | 2 |   | ✓ | ✓ | Cassette tapes of deportation |
|   | 3 |   | ✓ | ✓ | proceedings / transcripts of hearings on tapes |

FILED by __ D.C.
OCT 06 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages