## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _VD_ D.C.

DEC 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6152-CR-WPD   DATE: December 15, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Deidre   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Quitrica Hammond

U.S. ATTORNEY: Ed Ryan   DEFT. COUNSEL: Michael Cohen

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
70 months BOP, 3 years supervised release, no fine, $300.00 assignment
~~3~~ * Cts 1 & 3 ↑ to Run Concurrent
* Ct 2 60 mos BOP to Run Concurrent w/Cts 1 & 3
Court Recommends:
Credit for time served back to April 13, 2000
FCC Miami, Drug treatment while in prison

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal,
Michael Cohen's M/withdraw is Granted
Court will appoint an attorney for appeal.