UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6152-CR-DIMITROULEAS

    Plaintiff,

vs.

DIETRICH HAMMOND,

    Defendant.
_____/

## ORDER REGARDING APPOINTMENT OF APPELLATE COUNSEL

THIS CAUSE having been heard upon Michael Cohen's <u>ore</u> <u>tenus</u> Motion to Withdraw,

it is GRANTED. Michael Zelman is appointed to represent the Defendant on appeal.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

/5 day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Edward Ryan, AUSA

Michael Cohen, Esquire
100 W. Cypress Creek Road, #930
Ft. Lauderdale, FL 33309

Michael Zelman, Esquire
201 Alhambra Circle, #701
Coral Gables, FL 33134-5108

11th Circuit Court of Appeals

