

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

Vs.                 Case No: 00-6152-CR-DIMITROULEAS

DIETRICH HAMMOND

    Defendant.

_____/

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the defendant Dietrich Hammond hereby appeals the Judgment and Sentence in the above referenced case to the United States Court of Appeals for the Eleventh Circuit.

Respectfully submitted,

*Michael B Cohen*

Michael B. Cohen, Esq.
Florida Bar No: 210196
Trade Centre South
100 West Cypress Road Ste 930
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 771-0434

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and accurate copy of the foregoing Motion was mailed this ___15th___ day of December 2000 to Eddie Ryan, Assistant United States Attorney, United States Attorney's Office, 500 East Broward Blvd. Suite 700 Fort Lauderdale, Florida 33394,

_____
Michael B. Cohen, Esq.