```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )  CASE NO. 00-6152-CR-WPD
                            )
            Plaintiff,      )
                            )
       -v-                  )
                            )
DEITRICH HAMMOND,           )
                            )  Fort Lauderdale, Florida
            Defendant.      )  August 30, 2000
_____)  9:15 a.m.


                  TRANSCRIPT OF HEARING

      BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                  U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff       EDWARD RYAN, ESQ.
                        Assistant U.S. Attorney


For the Defendant       TIMOTHY DAY, ESQ.
                        Assistant Federal Public Defender



Reporter                ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida  33301
                        954-769-5657
```

THIS VOLUME:
Pages 1 - 66

**TRANSCRIPT NOT SCANNED**

**PLEASE REFER TO COURT FILE**