UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.00-6152-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| DIETRICH HAMMOND, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | August 31, 2000 |
| | ) | 9:18 a.m. |

TRANSCRIPT OF HEARING

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          EDWARD RYAN, ESQ.
                           Assistant U.S. Attorney

For the Defendant          TIMOTHY DAY, ESQ.
                           Assistant Federal Public Defender

Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida  33301
                           954-769-5657

THIS VOLUME:
Pages 1 - 40

54

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**