```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                     FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,      )  CASE NO.00-6152-CR-WPD
                               )
               Plaintiff,      )
                               )
        -v-                    )
                               )
DIETRICH HAMMOND,              )
                               )  Fort Lauderdale, Florida
               Defendant.      )  September 5, 2000
_____ )  9:18 a.m.


                    TRANSCRIPT OF HEARING

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        EDWARD RYAN, ESQ.
                          Assistant U.S. Attorney


For the Defendant:        TIMOTHY DAY, ESQ.
                          Assistant Federal Public Defender

Also Present:             MICHAEL COHEN, ESQ.


Reporter:                 ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE