```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )  CASE NO.00-6152-CR-WPD
                            )
              Plaintiff,    )
                            )
        -v-                 )
                            )
DIETRICH HAMMOND,           )
                            )  Fort Lauderdale, Florida
              Defendant.    )  October 6, 2000
_____)  1:33 p.m.


              TRANSCRIPT OF NON-JURY TRIAL

        BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        EDWARD RYAN, ESQ.
                         Assistant U.S. Attorney


For the Defendant        MICHAEL COHEN, ESQ.


Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida  33301
                         954-769-5657
```

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**