UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )    CASE NO.00-6152-CR-WPD
                             )
                Plaintiff,   )
                             )
         -v-                 )
                             )
DIETRICH HAMMOND,            )
                             )    Fort Lauderdale, Florida
                Defendant.   )    December 15, 2000
_____)    11:30 a.m.

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        EDWARD RYAN, ESQ.
                          Assistant U.S. Attorney


For the Defendant:        MICHAEL COHEN, ESQ.


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**