UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS  
Eleventh Judicial Circuit  
56 Forsyth Street  
Atlanta, Georgia   30303  

Date: <u>February 21, 2001</u>  
USDC # <u>00-6152-CR-WPD</u>  
USCA # <u>00-16663-E</u>  

IN RE: **USA v. Hammond**

=================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

<u> 1 </u> Volume of Pleadings  
<u> 5 </u> Volumes of Transcripts  

<u> X </u> Exhibits:

<u> 1 </u> PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____  
Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____  
            Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

59

```
                                                    LSS     CLOSED
                                                    APPEAL
                      U.S. District Court
             Southern District of Florida (FtLauderdale)

             CRIMINAL DOCKET FOR CASE #: 00-CR-6152-ALL

USA v. Hammond                                      Filed: 06/06/00
Dkt# in other court: None

Case Assigned to:  Judge William P. Dimitrouleas

DEITRICH P. HAMMOND (1)          Michael Zelman
  aka                              [term  12/19/00]
Joseph Tomlinson                 FTS 447-1290
  aka                              [COR LD NTC cja]
Christopher Brown                Michael Zelman
     defendant                   201 Alhambra Circle
  [term  12/19/00]               Suite 701
                                 Coral Gables, FL 33134-5108
                                 305-358-1600

                                 Public Defender
                                   [term  09/11/00]
                                   [COR LD NTC pda]
                                 Timothy Day
                                   [term  09/11/00]
                                 FTS 356-7556
                                   [COR LD NTC pda]
                                 Federal Public Defender's
                                 Office
                                 101 NE 3rd Avenue
                                 Suite 202
                                 Fort Lauderdale, FL 33301-1145
                                 954-356-7436

                                 Michael Bruce Cohen
                                   [term  12/15/00]
                                 FTS 771-0434
                                   [COR LD NTC ret]
                                 Michael B. Cohen
                                 100 W Cypress Creek Road
                                 Suite 930
                                 Fort Lauderdale, FL 33309
                                 954-928-0059
```

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _Dominye Lius_ Deputy Clerk
Date 2-21-01

```
Proceedings include all events.                              LSS
0:00cr6152-ALL USA v. Hammond                          CLOSED APPEAL
```

| Pending Counts: | Disposition |
|---|---|
| 8:1326A.F REENTRY OF DEPORTED ALIEN - FELONY (1) | Imprisonment 70 months: 70 months on counts 1 and 3 to run concurrent; 60 months on count 2 to run concurrent to counts 1 and 3; Supervised Release 36 months to run concurrent; Assessment $300.00 (1) |
| 18:1001.F STATEMENTS OR ENTRIES GENERALLY (2) | Imprisonment 70 months: 70 months on counts 1 and 3 to run concurrent; 60 months on count 2 to run concurrent to counts 1 and 3; Supervised Release 36 months to run concurrent; Assessment $300.00 (2) |
| 18:1543.F FORGERY OR FALSE USE OF PASSPORT (3) | Imprisonment 70 months: 70 months on counts 1 and 3 to run concurrent; 60 months on count 2 to run concurrent to counts 1 and 3; Supervised Release 36 months to run concurrent; Assessment $300.00 (3) |

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE

```
Proceedings include all events.                              LSS
0:00cr6152-ALL USA v. Hammond                         CLOSED APPEAL

DEITRICH P. HAMMOND, also known as Joseph Tomlinson, also
known as Christopher Brown

        defendant


=========================
USA
        plaintiff

U. S. Attorneys:

  Edward R. Ryan
  FTS 356-7228
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6152-ALL USA v. Hammond                              CLOSED APPEAL

6/6/00    (1)    INDICTMENT as to Deitrich P. Hammond (1) count(s) 1, 2, 3
                 (Criminal Category 1) (pb) [Entry date 06/07/00]

6/6/00    --     Magistrate identification:  Magistrate Judge Lurana S. Snow
                 (pb) [Entry date 06/07/00]

6/6/00    (2)    ARREST WARRANT issued as to Deitrich P. Hammond . Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 06/07/00]

6/14/00   (3)    Minutes of Initial Appearance held on 6/14/00 before
                 Magistrate Barry S. Seltzer as to Deitrich P. Hammond;
                 Inquiry re Counsel 6/19/00 at 11:00; Pretrial Detention
                 Hearing/Arraignment 6/21/00 at 10:30; Court Reporter Name
                 or Tape #: 00-049 @ 1621-1819 (ss) [Entry date 06/15/00]

6/14/00   --     Initial appearance as to Deitrich P. Hammond held
                 (Defendant informed of rights.) (ss) [Entry date 06/15/00]

6/14/00   (4)    ORDER on Initial Appearance as to Deitrich P. Hammond
                 Report re counsel set for 11:00 6/19/00 for Deitrich P.
                 Hammond; Arraignment set for 10:30 6/21/00 for Deitrich P.
                 Hammond; Detention hearing set for 10:30 6/21/00 for
                 Deitrich P. Hammond before Magistrate Judge Lurana S. Snow,
                 PTD Requested,  (Signed by Magistrate Barry S. Seltzer
                 on 6/14/00) Tape # 00-049 CCAP (ss) [Entry date 06/15/00]

6/14/00   --     ARREST of Deitrich P. Hammond (ss) [Entry date 06/16/00]

6/15/00   (5)    Arrest WARRANT Returned Executed as to Deitrich P. Hammond
                 on 6/14/00 (ss) [Entry date 06/16/00]

6/19/00   (6)    Minutes of Inquiry re counsel held on 6/19/00 before
                 Magistrate Judge Lurana S. Snow as to Deitrich P. Hammond;
                 Pretrial Detention/Arraignment 6/21/00 at 10:30; Court
                 Reporter Name or Tape #: 00-028 @ 2452-2589 (ss)
                 [Entry date 06/19/00]

6/19/00   --     Inquiry Re Counsel as to Deitrich P. Hammond held (ss)
                 [Entry date 06/19/00]

6/20/00   (7)    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                 Deitrich P. Hammond (ss) [Entry date 06/21/00]

6/20/00   (8)    NOTICE of Assignment of Assistant Public Defender for
                 Deitrich P. Hammond. AFPD Timothy Day assigned. (ss)
                 [Entry date 06/21/00]

6/20/00   (9)    ORDER Appointing Federal Public Defender for Deitrich P.
                 Hammond (Signed by Magistrate Judge Lurana S. Snow on
                 6/19/00) CCAP [EOD Date: 6/21/00] CCAP (ss)
                 [Entry date 06/21/00]


Docket as of February 21, 2001 11:01 am              Page 4
```

```
Proceedings include all events.                                              LSS
0:00cr6152-ALL USA v. Hammond                                        CLOSED APPEAL
```

| | | |
|---|---|---|
| 6/21/00 | 10 | Minutes of Pretrial Detention/Arraignment held on 6/21/00 before Magistrate Judge Lurana S. Snow as to Deitrich P. Hammond; Status Conference 7/6/00 at 11:00; Court Reporter Name or Tape #: 00-030 @ 871-932 (ss) [Entry date 06/23/00] |
| 6/21/00 | 11 | STANDING DISCOVERY ORDER as to Deitrich P. Hammond all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Judge Lurana S. Snow on 6/21/00) CCAP (ss) [Entry date 06/23/00] |
| 6/21/00 | 12 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Deitrich P. Hammond Status conference set for 11:00 7/6/00 for Deitrich P. Hammond before Magistrate Barry S. Seltzer (Signed by Magistrate Judge Lurana S. Snow on 6/21/00) CCAP [EOD Date: 6/23/00] CCAP (ss) [Entry date 06/23/00] |
| 6/21/00 | 13 | ARRAIGNMENT INFORMATION SHEET for Deitrich P. Hammond (1) count(s) 1, 2, 3 NOT GUILTY PLEA ENTERED as to all count(s) Court accepts plea. (ss) [Entry date 06/23/00] |
| 6/26/00 | 14 | NOTICE of Hearing as to Deitrich P. Hammond: Set Jury trial for 9:00 7/24/00 before Judge William P. Dimitrouleas, Set calendar call for 9:00 7/21/00 before Judge William P. Dimitrouleas (ss) [Entry date 06/27/00] |
| 6/28/00 | 15 | RESPONSE to Standing Discovery Order by USA as to Deitrich P. Hammond (ss) [Entry date 06/28/00] |
| 7/6/00 | 16 | Minutes of Status Conference held on 7/6/00 before Magistrate Barry S. Seltzer as to Deitrich P. Hammond; Court Reporter Name or Tape #: 00-053 @ 2991-2991 (ss) [Entry date 07/07/00] |
| 7/6/00 | -- | Status conference as to Deitrich P. Hammond held (ss) [Entry date 07/07/00] |
| 7/7/00 | 17 | STATUS REPORT ORDER as to Deitrich P. Hammond. (Signed by Magistrate Barry S. Seltzer on 7/6/00) CCAP [EOD Date: 7/10/00] CCAP (ss) [Entry date 07/10/00] |
| 7/21/00 | 18 | Minutes of Calendar Call/Status Conference held on 7/21/00 before Judge William P. Dimitrouleas as to Deitrich P. Hammond; Calendar Call 8/25/00 at 9:00; Trial 8/28/00; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/24/00] |
| 7/21/00 | -- | Status conference as to Deitrich P. Hammond held (ss) [Entry date 07/24/00] |

Proceedings include all events.                                          LSS
0:00cr6152-ALL USA v. Hammond                       \d. l(ont L CLOSED APPEAL

7/27/00  (19)   ORDER as to Deitrich P. Hammond granting motion to
                continue: Reset Jury trial for 9:00 8/28/00 before Judge
                William P. Dimitrouleas, Reset calendar call for 9:00
                8/25/00 before Judge William P. to Continue in Interest of
                Justice (Signed by Judge William P. Dimitrouleas on
                7/27/00) CCAP [EOD Date: 7/27/00] CCAP✼ (ss)
                [Entry date 07/27/00]

8/1/00   (20)   MOTION by USA as to Deitrich P. Hammond for 2-Day
                continuance of trial date (ss) [Entry date 08/02/00]

8/2/00   (21)   ORDER as to Deitrich P. Hammond granting [20-1] motion for
                2-Day continuance of trial date as to Deitrich P. Hammond
                (1) (Signed by Judge William P. Dimitrouleas on 8/2/00)
                CCAP [EOD Date: 8/3/00] CCAP✼ (ss) [Entry date 08/03/00]

8/10/00  (22)   MOTION by Deitrich P. Hammond to dismiss indictment with
                prejudice based on violation of speedy trial act (ss)
                [Entry date 08/11/00]

8/11/00  (23)   ORDER as to Deitrich P. Hammond [22-1] motion to dismiss
                indictment with prejudice based on violation of speedy
                trial act defers fuling for five (5) days as to Deitrich P.
                Hammond (1) (Signed by Judge William P. Dimitrouleas on
                8/11/00) CCAP [EOD 8/14/00] CCAP✼ (mh) [Entry date 08/14/00]

8/11/00  (24)   MOTION by USA  as to Deitrich P. Hammond to extend time to
                respond to motion to dismiss with prejudice (mh)
                [Entry date 08/14/00]

8/14/00  (25)   ORDER as to Deitrich P. Hammond granting [24-1] motion to
                extend time to respond to motion to dismiss with prejudice
                as to Deitrich P. Hammond (1) (Signed by Judge William P.
                Dimitrouleas on 8/14/00) CCAP [EOD Date: 8/15/00] CCAP✼ (mh)
                [Entry date 08/15/00]

8/23/00  (26)   RESPONSE by USA as to Deitrich P. Hammond in opposition to
                [22-1] motion to dismiss indictment with prejudice based on
                violation of speedy trial act (ss) [Entry date 08/24/00]

8/24/00  (27)   MOTION by Deitrich P. Hammond to dismiss indictment (ss)
                [Entry date 08/25/00]

8/25/00  (28)   Minutes of Calendar Call/Status Conference held on 8/25/00
                before Judge William P. Dimitrouleas as to Deitrich P.
                Hammond; Hearing on motion to dismiss 8/30/00 at 9:15;
                Court Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 08/28/00]

8/25/00  --     Status conference as to Deitrich P. Hammond held (ss)
                [Entry date 08/28/00]

```
Proceedings include all events.                                           LSS
0:00cr6152-ALL USA v. Hammond                          vd. \csv\ CLOSED APPEAL

8/25/00  (29)    ORDER as to Deitrich P. Hammond Motion hearing before
                 Judge William P. Dimitrouleas set for 9:15 8/30/00 for
                 Deitrich P. Hammond for [27-1] motion to dismiss
                 indictment (Signed by Judge William P. Dimitrouleas on
                 8/25/00) CCAP [EOD Date: 8/28/00] CCAP※ (ss)
                 [Entry date 08/28/00]

8/30/00  (30)    Minutes of Motion to Dismiss held on 8/30/00 before Judge
                 William P. Dimitrouleas as to Deitrich P. Hammond;
                 Continuation of motion to dismiss 8/31/00 at 9:15; Court
                 Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 08/30/00]

8/30/00   --     Motion hearing as to Deitrich P. Hammond re: [27-1] motion
                 to dismiss indictment Motion hearing held, [22-1] motion to
                 dismiss indictment with prejudice based on violation of
                 speedy trial act before Judge William P. Dimitrouleas (ss)
                 [Entry date 08/30/00]

8/31/00  (31)    Minutes of Motion to dismiss continued held on 8/31/00
                 before Judge William P. Dimitrouleas as to Deitrich P.
                 Hammond; Case continued to 9/5/00 at 9:15 for motion to
                 dismiss count I and for trial if motion is denied; Court
                 Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 08/31/00]

8/31/00   --     Motion hearing as to Deitrich P. Hammond re: [22-1] motion
                 to dismiss indictment with prejudice based on violation of
                 speedy trial act, [27-1] motion to dismiss indictment held
                 before Judge William P. Dimitrouleas (ss)
                 [Entry date 08/31/00]

8/31/00  (32)    Exhibit and Witness List as to Deitrich P. Hammond
                 (Exhibits returned to Counsel) (ss) [Entry date 08/31/00]

8/31/00  (33)    ORDER as to Deitrich P. Hammond denying [22-1] motion to
                 dismiss indictment with prejudice based on violation of
                 speedy trial act as to Deitrich P. Hammond (1) (Signed by
                 Judge William P. Dimitrouleas on 8/31/00) CCAP [EOD Date:
                 9/1/00] CCAP※ (ss) [Entry date 09/01/00]

9/5/00   (34)    Minutes of motion to dismiss count 1 held on 9/5/00 before
                 Judge William P. Dimitrouleas as to Deitrich P. Hammond;
                 Case continued to 9/7/00 at 9:15; Court Reporter Name or
                 Tape #: Bob Ryckoff (ss) [Entry date 09/06/00]

9/5/00    --     Motion hearing as to Deitrich P. Hammond re: [27-1] motion
                 to dismiss indictment before Judge William P. Dimitrouleas
                 (ss) [Entry date 09/06/00]

9/5/00   (35)    ORDER as to Deitrich P. Hammond denying [27-1] motion to
                 dismiss indictment as to Deitrich P. Hammond (1) (Signed by
                 Judge William P. Dimitrouleas on 9/5/00) CCAP [EOD Date:
                 9/6/00] CCAP※ (ss) [Entry date 09/06/00]
```

```
Proceedings include all events.                              LSS
0:00cr6152-ALL USA v. Hammond                          CLOSED APPEAL
                                                    vol. 1 cont
```

| Date | # | Entry |
|---|---|---|
| 9/6/00 | 36 | NOTICE of Appearance, Plea of not guilty, demand for discovery and view of evidence for Deitrich P. Hammond by Attorney Michael Bruce Cohen (ss) [Entry date 09/06/00] |
| 9/7/00 | 37 | Minutes of Calendar Call/Status Conference held on 9/7/00 before Judge William P. Dimitrouleas as to Deitrich P. Hammond; Calendar Call 10/6/00 at 9:00; Trial Period 10/10/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/07/00] |
| 9/7/00 | -- | Calendar call as to Deitrich P. Hammond held (ss) [Entry date 09/07/00] |
| 9/7/00 | 38 | ORDER as to Deitrich P. Hammond granting motion to continue: Reset Jury trial for 9:00 10/10/00 for Deitrich P. Hammond before Judge William P. Dimitrouleas, Reset calendar call for 9:00 10/6/00 for Deitrich P. Hammond before Judge William P. Dimitrouleas to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 9/7/00) CCAP [EOD Date: 9/7/00] CCAP☒ (ss) [Entry date 09/07/00] |
| 9/11/00 | 39 | ORDER as to Deitrich P. Hammond Terminating Appointment of Counsel attorney Public Defender for Deitrich P. Hammond (Signed by Judge William P. Dimitrouleas on 9/11/00) CCAP [EOD Date: 9/12/00] (ss) [Entry date 09/12/00] |
| 10/6/00 | 40 | Minutes of Calendar Call/Status Conference held on 10/6/00 before Judge William P. Dimitrouleas as to Deitrich P. Hammond; Case continued to 10/6/00 at 1:30; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 10/10/00] |
| 10/6/00 | -- | Calendar call as to Deitrich P. Hammond held (ss) [Entry date 10/10/00] |
| 10/6/00 | 41 | Minutes of Criminal Bench Trial held on 10/6/00 before Judge William P. Dimitrouleas as to Deitrich P. Hammond; Sentencing 12/15/00 at 11:30; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 10/10/00] |
| 10/6/00 | -- | Bench trial begun as to Deitrich P. Hammond (1) count(s) 1, 2, 3 Terminated motions: (ss) [Entry date 10/10/00] |
| 10/6/00 | -- | Bench Trial as to Deitrich P. Hammond held before Judge William P. Dimitrouleas (ss) [Entry date 10/10/00] |
| 10/6/00 | 42 | WAIVER of Right to Trial by Jury by Deitrich P. Hammond (ss) [Entry date 10/10/00] |
| 10/6/00 | 43 | Exhibit and Witness List as to Deitrich P. Hammond (ss) [Entry date 10/10/00] |

```
Proceedings include all events.                                    LSS
0:00cr6152-ALL USA v. Hammond                              CLOSED APPEAL

10/6/00  (44)    NOTICE of Hearing as to Deitrich P. Hammond: Setting
                 Sentencing for 11:30 12/15/00 for Deitrich P. Hammond
                 before Judge William P. Dimitrouleas (ss)
                 [Entry date 10/10/00]

10/6/00   --     COURT VERDICT as to Deitrich P. Hammond Guilty: Deitrich
                 P. Hammond (1) count(s) 1, 2, 3 [EOD Date: 12/20/00] CCAP
                 (ss) [Entry date 12/20/00]

12/12/00 (45)    MOTION with Memorandum in Support by Deitrich P. Hammond
                 for downward departure (ss) [Entry date 12/12/00]

12/15/00 (46)    Minutes of Sentencing held on 12/15/00 before Judge William
                 P. Dimitrouleas as to Deitrich P. Hammond; Court Reporter
                 Name or Tape #: Bob Ryckoff (ss) [Entry date 12/18/00]

12/15/00 (47)    ORDER as to Deitrich P. Hammond granting ore tenus motion
                 to withdraw: Michael Zelman is appointed to represent
                 defendant on appeal (Signed by Judge William P.
                 Dimitrouleas on 12/15/00) CCAP [EOD Date: 12/18/00] CCAP
                 (ss) [Entry date 12/18/00]

12/15/00  --     Sentencing held Deitrich P. Hammond (1) count(s) 1, 2, 3 (ss)
                 [Entry date 12/20/00]

12/19/00 (48)    JUDGMENT as to Deitrich P. Hammond (1) count(s) 1, 2, 3.
                 Imprisonment 70 months: 70 months on counts 1 and 3 to run
                 concurrent; 60 months on count 2 to run concurrent with
                 counts 1 and 3; Supervised Release 36 months to run
                 concurrent; Assessment $300.00 (Signed by Judge William P.
                 Dimitrouleas on 12/19/00) CCAP [EOD Date: 12/20/00] CCAP (ss)
                 [Entry date 12/20/00]

12/19/00 (49)    CJA 20 as to Deitrich P. Hammond: Appointment of Attorney
                 Michael Zelman (Signed by Judge William P. Dimitrouleas on
                 12/19/00 nunc pro tunc 12/15/00) (ss) [Entry date 12/20/00]

12/20/00 (50)    NOTICE OF APPEAL by Deitrich P. Hammond re: [48-1] judgment
                 order . EOD Date: 12/20/00; Deitrich P. Hammond (1)
                 count(s) 1, 2, 3; Filing Fee: $ NO FEE REQUIRED - CJA;
                 Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf)
                 [Entry date 12/20/00]

12/20/00  --     Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Deitrich P. Hammond [50-1]
                 appeal (gf) [Entry date 12/20/00]

12/28/00 (51)    TRANSCRIPT INFORMATION FORM as to Deitrich P. Hammond  re:
                 [50-1] appeal received. (Forwarded to Court Reporter
                 Coordinator) (gf) [Entry date 01/10/01]

1/5/01    --     NOTICE of Receipt of Transmittal Letter from USCA as to
                 Deitrich P. Hammond Re: [50-1] appeal  USCA Number:
                 00-16663-E (dl) [Entry date 01/05/01]
```

```
Proceedings include all events.                              LSS
0:00cr6152-ALL USA v. Hammond                       CLOSED APPEAL
```
vol.1 cont

| | | |
|---|---|---|
| 1/22/01 | 52 | Appeal Information Sheet as to Deitrich P. Hammond  re: [50-1] appeal Transcript due 2/16/01 for Deitrich P. Hammond (gf) [Entry date 01/22/01] |
| 2/20/01 | 53 | TRANSCRIPT filed as to Deitrich P. Hammond  of Motions Hearing held 08/30/00  before Judge William P. Dimitrouleas Volume #: 1  Pages: 1-66  re: [50-1] appeal . Appeal record due on 3/7/01 for Deitrich P. Hammond (gf) [Entry date 02/20/01] |

vol 2

| | | |
|---|---|---|
| 2/20/01 | 54 | TRANSCRIPT filed as to Deitrich P. Hammond  of Motions Hearing held 08/31/00  before Judge William P. Dimitrouleas Volume #: 1  Pages: 1-40  re: [50-1] appeal . Appeal record due on 3/7/01 for Deitrich P. Hammond (gf) [Entry date 02/20/01] |

vol. 3

| | | |
|---|---|---|
| 2/20/01 | 55 | TRANSCRIPT filed as to Deitrich P. Hammond  of Motions Hearing held 09/05/00  before Judge William P. Dimitrouleas Volume #: 1  Pages: 1-25  re: [50-1] appeal . Appeal record due on 3/7/01 for Deitrich P. Hammond (gf) [Entry date 02/20/01] |

vol. 4

| | | |
|---|---|---|
| 2/20/01 | 56 | TRANSCRIPT filed as to Deitrich P. Hammond  of Non-Jury Trial held 10/06/00  before Judge William P. Dimitrouleas Volume #: 1  Pages: 1-22  re: [50-1] appeal . Appeal record due on 3/7/01 for Deitrich P. Hammond (gf) [Entry date 02/20/01] |

vol. 5

| | | |
|---|---|---|
| 2/20/01 | 57 | TRANSCRIPT filed as to Deitrich P. Hammond  of Sentence held 12/15/00  before Judge William P. Dimitrouleas  Volume #: 1 Pages: 1-30  re: [50-1] appeal . Appeal record due on 3/7/01 for Deitrich P. Hammond (gf) [Entry date 02/20/01] |

vol. 6

| | | |
|---|---|---|
| 2/20/01 | 58 | Appeal Information Sheet as to Deitrich P. Hammond  re: [50-1] appeal Transcript filed on 2/20/01 for Deitrich P. Hammond (gf) [Entry date 02/20/01] |
| 2/21/01 | 59 | Certificate of readiness transmitted to USCA as to Deitrich P. Hammond  re: [50-1] appeal  by Deitrich P. Hammond  USCA # 00-16663-E (dl) [Entry date 02/21/01] |

End of V.1