DEFENDANT: **DEITRICH P. HAMMOND**
CASE NUMBER: **0:00CR06152-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __70 month(s)__.

**70 months imprisonment on Counts 1 and 3 to run concurrent.**
**60 months imprisonment on Count 2 to run concurrent to Counts 1 and 3.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**Credit for time served back to April 13, 2000 and that the defendant be designated to FCC Miami, Florida and that he receive drug treatment while in prison.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

FILED BY [signature]
CLARENCE MADDOX CLERK
'01 MAR 13 10:19
D.C.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __1/31/01__ to __FBOP__
at __FCI Miami__, with a certified copy of this judgment.

ED GONZALEZ
~~UNITED STATES MARSHAL~~ WAMOL~

By [signature] ~~Deputy U.S. Marshal~~ LIE