| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST2001791 |
|---|---|---|---|
| 1. JURISDICTION | 1. ☐ MAG. JUDGE  2. ☒ DISTRICT  3. ☐ APPEALS  4. ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY MKE 3/09/01 |
| 3. DISTRICT DOCKETING NO. 00-6152-cr-WPD | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) S.D. Fla. | ACCTG CLASS. NOS |
| 6. IN THE CASE OF United States | | vs. Deitrich Hammond | |
| 7. PERSON REPRESENTED Dietrich Hammond | | 8. LOCATION/ORGANIZATION CODE | DATE PAID 3/13/01 |
| 9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY) Appeal | | | |

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

Motion to Dismiss 8/30/2000, 8/31/2000, 9/5/2000
Trial 10/6/2000   Sentencing 12/15/2000

opening and closings requested
Court Reporter
Robert Ryckoff

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY ▶ 12/28/2000 DATE
Michael Zelman   305 858-1600
PRINTED NAME OF ATTORNEY   PHONE NUMBER
1 ☐ FPD  2 ☐ CDO  3 ☐ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER   1/8/01   DATE
FILED by M D.C.
CT. REP.
MAR 2 2 2001

| 13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS |
|---|---|---|
| A. Apportion    % of transcript with | | 14. A. |
| B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | | 14. B. |
| C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D. |

**CLAIM FOR SERVICES**

| 15. COURT REPORTER/TRANSCRIBER STATUS ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other | 18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE) 299 E. Broward Blvd. Ft. Lauderdale, Fl. 33301 |
|---|---|
| 16. FULL NAME OF PAYEE Robert Ryckoff | |
| 17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE 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 | 19. TELEPHONE NO. AREA CODE (954) NUMBER 769-5654 |

| 20. TRANSCRIPT | INCLUDE PG. NOS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-66 1-39 1-24 1-21 1-29 | 179 | $3.00 | $537.00 | $ | $537.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | filed 2/20/01 DE#s 53-57 | | | | | $ |

| 21. CLAIMANT'S CERTIFICATION I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher. | 22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the transcript was received. | 23. TOTAL CLAIMED $537.00 |
|---|---|---|
| Robert Ryckoff  2-15-01 CLAIMANT'S CERTIFICATION   DATE | Myrna McKinney  2/21/01 SIGNATURE OF ATTORNEY/CLERK OF COURT   DATE | |
| 24. APPROVED FOR PAYMENT ▶ SIGNATURE OF PRESIDING JUDICIAL OFFICER  2/20/01 DATE | | 25. AMT. APPROVED $537.00 |

ORIGINAL TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT