**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #00-16663-EE      Date: November 20, 2001
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6152-CR-WPD
56 Forsyth St., N.W.                      USCA # 00-16663-EE
Atlanta, GA  30303

IN RE: USA v. Hammond
```
=================================================================

### 1st Supplemental Certificate of Readiness and Transmittal of Supplemental Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

   1  Volume of Pleadings

Judge The Honorable Wilkie D. Ferguson, Jr.

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
         Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
       Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*



Proceedings include events between 11/19/01 and 11/20/01.                                    LSS
0:00cr6152-ALL USA v. Hammond                                                       CLOSED APPEAL

                                                                        LSS    CLOSED
                                                                        APPEAL
                         U.S. District Court
            Southern District of Florida (FtLauderdale)

            CRIMINAL DOCKET FOR CASE #: 00-CR-6152-ALL

USA v. Hammond                                                    Filed: 06/06/00
Dkt# in other court: None

| | | |
|---|---|---|
| 11/19/01 | 62 | NOTICE of Filing Tapes and Tape Transcripts by Deitrich P. Hammond (gf) [Entry date 11/20/01]   *Supp. 1, Vol. 1* |
| 11/20/01 | 63 | 1st Supplemental Certificate of Readiness and Transmittal of Supplemental Record to USCA as to Deitrich P. Hammond re: [50-1] appeal by Deitrich P. Hammond USCA # 00-16663-EE (gf) [Entry date 11/20/01] |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11/20/01