DUPLICATE ORIGINAL

AO 243 (Rev. 5/85)    MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

02-61615

# United States District Court

District: *S.F. Florida* ~~Miami Div.~~

Name of Movant: Dietrich Hammond
Prisoner No. 55___
Case No. 00-6752-CR-WPD

Place of Confinement: F.C.I. Miami, Florida

UNITED STATES OF AMERICA    v.    Dietrich Hammond
(name under which convicted)

## MOTION

MAGISTRATE JUDGE SORRENTINO

1. Name and location of court which entered the judgment of conviction under attack _U.S. District Court Southern District Florida - Miami Division_

2. Date of judgment of conviction _April 27, 2000_

3. Length of sentence _72 Month_

4. Nature of offense involved (all counts) _18 USC 1326(A) Re-Entry After Deportation_

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _N/A_

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

9. If you did appeal, answer the following:
   (a) Name of court _ELEVENTH CIRCUIT COURT OF APPEALS_
   (b) Result _AFFIRMED DISTRICT DECISION ON OTHER GROUNDS_
   (c) Date of result _12 JUNE 2002_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____
        (2) Nature of proceeding _N/A_

        (3) Grounds raised _N/A_

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐ No ☐

        (5) Result _N/A_
        (6) Date of result _N/A_

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____
        (2) Nature of proceeding _N/A_

        (3) Grounds raised _N/A_

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____ N/A

(6) Date of result _____ N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☐
(2) Second petition, etc.   Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL ON APPEAL.

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER CONSTITUTIONAL SIXTH AMENDMENT RIGHTS WAS VIOLATE WHERE DEFENDANT COUNSEL FAILED TO RAISE PETITIONER SPEEDY TRIAL ISSUE ON DIRECT APPEAL WHICH RENDERED COUNSEL PERFORMANCE INEFFECTIVE UNDER THE LAW.

B. Ground two: PRE-TRIAL COUNSEL WAS INEFFECTIVE UNDER THE SIXTH AMENDMENT.

Supporting FACTS (state *briefly* without citing cases or law): DEFENDANT COUNSEL WAS INEFFECTIVE DURING PETITIONER TRIAL PROCEEDING, WHERE COUNSEL ALLOWED THE PETITIONER TO BE CONVICTED ON A AMENDED INDICTMENT.

C. Ground three: PETITIONER COUNSEL WAS INEFFECTIVE UNDER STRICKLAND V. WASHINGTON.

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER FIFTH AMENDMENT DUE PROCESS RIGHTS WAS VIOLATED TO COUNSEL DEFICIENT PERFORMANCE DURING PETITIONER PRE-TRIAL PROCEEDING

(5)

AO 243 (Rev. 5/85)

D. Ground four: INEFFECTIVE ASSISTANCE OF COUNSEL DURING PETITIONER SENTENCING STAGE.

Supporting FACTS (state briefly without citing cases or law): PETITIONER PRIOR STATE COURT PROCEEDING WAS UNCONSTITUTIONAL AND FLAW AT BEST. WHERE PETITIONER STATE COURT CONVICTION VIOLATED FLORIDA RULE OF CRIMINAL PROCEDURE 3.172 (C)(8).

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: PETITIONER ATTORNEY DID NOT FILED PETITIONER CLAIMS TO THE ELEVENTH CIRCUIT. WHICH RENDERED HIS PERFORMANCE INEFFECTIVE UNDER THE SIXTH AMENDMENT U.S CONSTITUT—

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing MICHAEL B. COHEN. TRACK CENTRE SOUTH 100 WEST CYPRESS CREEK ROAD - SUITE 530. FT. LAUDERDALE

(b) At arraignment and plea 33309
Same

(c) At trial MICHAEL B. COHEN

(d) At sentencing Same

(6)

(e) On appeal _MICHAEL ZILMAN_
_201 AL HAMBRA CIRCLE - CORAL GABLES, FL - 33134_

(f) In any post-conviction proceeding _N/A   PRO SE_

(g) On appeal from any adverse ruling in a post-conviction proceeding _PRO SE_
_None_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _N/A_

    (b) Give date and length of the above sentence: _N/A_

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☐    _N/A_

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
_11/5/02_
(date)

_____
Signature of Movant

(7)