UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DIETRICH HAMMOND

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 02-61615-CIV-DIMITROULEAS
(00-6152-CR-DIMITROULEAS)

FILED by _____ D.C.

NOV 25 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER VACATING REFERENCE TO MAGISTRATE AND REQUESTING RESPONSE FROM THE GOVERNMENT

THIS CAUSE having been heard upon the Court's own motion and the Court noting that the Clerk has assigned Judge Sorrentino to this case [DE-2] and it appears that this collateral attack stems from a criminal case handled by the undersigned; therefore, it would be a waste of judicial resources to utilize the services of a magistrate on this case. The reference is withdrawn. Moreover, the Court requests a response from the Government on or before December 10, 2002.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of November, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Dietrich Hammond, #55341-004
c/o FCI - Miami
P.O. Box 889800
Miami, Florida 33177-0200

Ed Ryan, AUSA

Honorable Charlene Sorrentino, US Magistrate Judge

